UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Beverly Beam,
   Plaintiff

v.

Scott Downey, Roger Morrison,
David Graybill, and Michael Sweger,
   Defendants

CASE NUMBER: 1:01-CV-083

Judge McClure



FILED
HARRISBURG, PA
JAN 3 1 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### ENTRY OF APPEARANCE

Please enter the appearance of the undersigned on behalf of Defendant, Roger Morrison.

METTE, EVANS & WOODSIDE

By: _____
P. Daniel Altland, Esquire
Sup. Ct. I.D. #25438

3401 North Front Street
P.O. Box 5950
Harrisburg, PA 17110-0950
(717) 232-5000

Attorneys for Defendant, Roger Morrison

DATE: 1-30-01

:250199_1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Beverly Beam,<br>      Plaintiff | CASE NUMBER: 1:01-CV-083 |
| v. | Judge McClure |
| Scott Downey, Roger Morrison,<br>David Graybill, and Michael Sweger,<br>      Defendants | |

### CERTIFICATE OF SERVICE

I hereby certify that I am this day serving a copy of the foregoing document upon the person(s) and in the manner indicated below, which service satisfies the requirements of the Federal Rules of Civil Procedure, by depositing a copy of same in the United States Mail, Harrisburg, Pennsylvania, First Class Mail, postage prepaid, as follows:

          Don Bailey, Esquire
          4311 North 6th Street
          Harrisburg, PA 17110

METTE, EVANS & WOODSIDE

By: *P. Daniel Altland*
P. Daniel Altland, Esquire
Sup. Ct. I.D. #25438

3401 North Front Street
P.O. Box 5950
Harrisburg, PA 17110-0950
(717) 232-5000

DATE: 1-30-01

Attorneys for Defendant, Roger Morrison

:250199_1