

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEVERLY BEAM | : | NO. 1:CV-01-0083 |
| | : | |
| Plaintiff | : | CIVIL ACTION - LAW |
| | : | |
| vs. | : | |
| | : | (Judge McClure) |
| SCOTT DOWNEY, ROGER MORRISON, DAVID GRAYBILL AND MICHAEL SWEGER | : | |
| | : | |
| Defendants | : | JURY TRIAL DEMANDED |

### PRAECIPE FOR ENTRY OF APPEARANCE

Kindly enter the appearance of the undersigned on behalf of Defendants David Graybill and Michael Sweger in the above-captioned matter.

                             SERRATELLI, SCHIFFMAN, BROWN
                             & CALHOON

By _____
     Steven J. Schiffman, Esquire
     I.D. No. 25488
     Suite 201, 2080 Linglestown Road
     Harrisburg, PA 17110
     (717) 540-9170
     Attorneys for Defendants David Graybill
      and Michael Sweger

Dated: January 29, 2001

FILED
WILLIAMSPORT, PA

JAN 3 1 2001

MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK