STOCK AND LEADER,
A Professional Corporation
35 S. Duke Street
P.O. Box 5167
York, PA 17405-5167

Phone: (717) 846-9800
Fax:   (717) 843-6134



## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEVERLY BEAM  :  <br>  Plaintiff  :  <br>  :  <br>  v.  :  <br>  :  <br>  SCOTT DOWNEY,  :  <br>  ROGER MORRISON,  :  <br>  DAVID GRAYBILL  :  <br>  and MICHAEL SWEGER  :  <br>  Defendants  :  | CIVIL ACTION NO.: 1:CV-01-0083 <br><br> **FILED** <br> WILLIAMSPORT, PA <br><br> FEB 1 5 2001 <br><br> MARY E. D'ANDREA, CLERK <br> Per_____ <br> DEPUTY CLERK |

### ENTRY OF APPEARANCE

Please enter the appearances of Stephen S. Russell, Esquire and Melinda B. Kaufmann, Esquire of the law firm of Stock and Leader, A Professional Corporation, on behalf of Defendant Scott Downey.

Respectfully submitted,

STOCK AND LEADER,
A Professional Corporation

Feb. 12, 2001
Dated

By: _____
Stephen S. Russell, Esquire
I.D. #17102

|  |  |
|---|---|
| _2/12/01_<br>Dated | By: _/s/ Melinda B. Kaufmann_<br>Melinda B. Kaufmann, Esquire<br>I.D. #82088<br><br>35 South Duke Street<br>P. O. Box 5167<br>York, PA  17405-5167<br>(717) 846-9800<br>Fax (717) 843-6134<br>Attorneys for Defendant |

F:\USERS\SCHOOL\CAPITAL.IU\PLD\ENTRY.APP
2/12/01

CERTIFICATE OF SERVICE

I, Stephen S. Russell, Esquire, do hereby certify that on this 12th day of February 2001, I have served a true and correct copy of the within ENTRY OF APPEARANCE upon the following person listed below by United States first-class mail, postage prepaid, from York, Pennsylvania of same as follows:

        Don Bailey, Esquire
        4311 N. 6th Street
        Harrisburg, PA 17110

        Attorney for Plaintiff

              Respectfully submitted,

              STOCK AND LEADER,
              A Professional Corporation

        BY  _____
              Stephen S. Russell, Esquire
              I.D. No. 17102
              35 South Duke Street
              P.O. Box 5167
              York, PA 17405-5167
              (717) 846-9800