AO 440 (Rev. 10/93) Summons in a Civil Case

# United States District Court
## ———————— MIDDLE DISTRICT OF PENNSYLVANIA ————————

### SUMMONS IN A CIVIL CASE

Beverly Beam

CASE NUMBER: 1:01-CV-083

Judge McClure

v.

Scott Downey, Roger Morrison, David Graybill
and Michael Sweger

FILED
HARRISBURG, PA

FEB 1 5 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

To: (For the name and address of defendant(s): **SEE COMPLAINT**)

   **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY
Don Bailey 4311 N. 6th Street Harrisburg, PA 17110

an answer to the complaint which is herewith served upon you, within 20 (twenty) days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. You must also file
your answer with the Clerk of this Court within a reasonable period of time after service.

**MARY E. D'ANDREA, Clerk**                    **DATE:** Jan. 16, 2001

(By) P. Cornelious, Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### RETURN OF SERVICE OF PROCESS

PLAINTIFF _Beam_     COURT CASE NUMBER _1:01-CV-083_

DEFENDANT _Downey et al._     TYPE OF PROCESS _Certified Mail_

SERVE _see attached_

(Name individual, company; corporation, etc. to be served)

AT _see attached green cards._

(Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE **FILED**

_____ **HARRISBURG, PA**

### CERTIFICATE OF SERVICE     **FEB 1 5 2001**

I HEREBY CERTIFY THAT:

       **MARY E. D'ANDREA, CLERK**

Per _____

Deputy Clerk

_____ I have personally served individual, company or corporation above.

__✓__ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____ . If certified mail was authorized, attach green cards to this form.

_____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)

_____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: _____

TITLE (IF ANY) OF PERSON SERVED: _____

ADDRESS WHERE SERVED: _____

DATE AND TIME OF PERSONAL SERVICE: _____

REMARKS: _____

_2/13/01_           _Adrienne L. Bailey_

Date                Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)

## WAIVER OF SERVICE OF SUMMONS

TO: _____Don Bailey Esq._____

(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _____Beam_____ vs. _____Downey et al_____,
which is case number ___1·01-CV-083_____ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after ___1/16/01___ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

___1/29/01___
Date

Signature

Printed/Typed Name:    Steven J. Schiffman, Esquire

Title if any:    _____

Address:    Serratelli, Schiffman, Brown & Calhoon

2080 Linglestown Road, Suite 201

Harrisburg, PA 17110

For Corporation, if any:    _____

Representing defendant(s) if any:    Michael Sweger

**FILED**
HARRISBURG, PA

FEB 1 5 2001

MARY E. D'ANDREA, CLERK
Per _____

● ● 

FILED
HARRISBURG, PA

FEB 1 5 2001

MARY E. D'ANDREA, CLER
Per _____
_Deputy Clerk_

## WAIVER OF SERVICE OF SUMMONS

TO: _____Don Bailey Esq._____

(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of __Beam_____ vs. __Downey et al_____, which is case number __1·01·CV-083____ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __1/16/01___ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

__1-29-01__

Date

__Roger D. Morrison__

Signature

Printed/Typed Name: __Roger D. Morrison_____

Title if any: _____

Address: __175 Pine Street_____

__Millersburg, PA 17061_____

_____

For Corporation, if any: _____

Representing defendant(s) if any: _____

## WAIVER OF SERVICE OF SUMMONS

FILED
HARRISBURG, PA

FEB 1 5 2001

MARY E. D'ANDREA, CLER[
Per _____
Deputy Clerk

TO: ___*Don Bailey Esq.*___

(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of ___*Beam*___ vs. ___*Downey et al*___ , which is case number ___*1·01·CV·083*___ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after ___*1/16/01*___ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

___*2/9/01*___
Date

___*Scott C Downey*___ (signature)
Signature

Printed/Typed Name: ___*Scott C. Downey*___

Title if any: ___*Supervisor of Transportation*___

Address: ___*55 Miller St.*___

___*P.O. Box 489*___

___*Summerdale, PA 17093*___

For Corporation, if any: ___*Capital Area Inter. Unit*___

Representing defendant(s) if any: ___*STEPHEN S. RUSSELL, ESQ.*___

FILED
HARRISBURG, PA

FEB 15 2001

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

## WAIVER OF SERVICE OF SUMMONS

TO:      _Don Bailey Esq._____

(Name of plaintiff's attorney or pro se plaintiff)

      I acknowledge receipt of your request that I waive service of a summons in the action of _Beam_____ vs. _Downey et al_____ , which is case number _1:01-CV-083_____ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

      I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

      I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

      I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _1/16/01____ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

1/29/01
_____
Date

_____
Signature

Printed/Typed Name:    Steven J. Schiffman, Esquire
_____

Title if any:    _____

Address:    Serratelli, Schiffman, Brown & Calhoon
_____

2080 Linglestown Road, Suite 201
_____

Harrisburg, PA 17110
_____

For Corporation, if any:    _____

Representing defendant(s) if any:    David Graybill_____

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mike Sweger
15 S. Market St
Millerstown, PA 17062

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery
MichAel D. Sweger   2000

C. Signature
X _Michael D Sweger_   ☑ Agent   ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☑ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7099 3400 0001 4131 4233

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Morrison, Roger
175 Pine St
Millersburg, PA 17061

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery
ROGER MORRISON   1/18/01

C. Signature
X _Roger D. Morrison_   ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☑ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7099 3400 0001 4131 4202

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dauid Graybill
RD # 2
Box 89
Millerstown, PA 17062

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  David C Graybill    B. Date of Delivery 1-18-01

C. Signature  X David C Grybil    ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7099 3400 0001 4131 4264

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CAICL
Scott Downey
55 Millers Street
P.O. Box 489
Summerdale, PA 17093

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery 1-18-01

C. Signature  X    ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☑ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7099 3400 0016 0532 8179

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789