

1 500 - 2321234
(1) BDB 6213
(18)
4/30/01
lp

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## MINUTES OF CONFERENCE

Beam v. Downey, et al.
~~4:CV-00-0600~~  4:CV01-83
April 30, 2001

Hon. James F. McClure, Jr., Presiding, in Chambers, Williamsport, PA
Nature of Conference: ICMC conf/call
Time Commenced: 4:08 PM     Time Terminated: 4:34 PM

### PARTICIPANTS

Plaintiff(s):
✓ Don Bailey, Esq.

Defendant(s):
✓ Melinda Kauffman, Esq.
✓ Steven Schiffman, Esq.
✓ P. Daniel Altland, Esq.

Remarks:

Disc. sch. for 7/9.
Compl filed 1/16/01 — wnt to dism mtst. —
reply bnfs being filed.
Discussed limits on disc — FERPA — not worth itz.
— A's will need to object if necess.
3/02 = J/S all std dates.

_____ lp

_____ deputy clerk