IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEVERLY BEAM, | : | 4:CV-01-0083 |
| Plaintiff | : | (Judge McClure) |
| v. | : | |
| SCOTT DOWNEY, ROGER MORRISON, DAVID GRAYBILL and MICHAEL SWEGER, | : | FILED WILLIAMSPORT |
| Defendants | : | MAY - 1 2001 |

ORDER

May 1, 2001

PER _____ KF
DEPUTY CLERK

**BACKGROUND:**

An initial case management conference was held by telephone conference call on April 30, 2001. Participating in the conference, in addition to the undersigned judge, were Don Bailey, Esquire, attorney for plaintiff, and Melinda B. Kauffman, Esquire, Steven J. Schiffman, Esquire, and P. Daniel Altland, Esquire, attorneys for defendants.

The court reviewed with counsel the Joint Case Management Plan.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. **Case Management Track.** The case is placed on a standard case management track.

2. **Extensions.** Requests for extensions of the following time periods will not be granted except under exceptional

1

circumstances and must comply with Local Rule 7.5. Furthermore, all requests for extensions of the discovery deadline must be made at least fifteen (15) days prior to the expiration of the discovery period.

3.  **Trial list.** The case is placed on the March 2002 Williamsport trial list.

4.  **Discovery.** All fact discovery shall be completed on or before November 1, 2001.

    4.1  Without leave of court, or stipulation, the parties will be limited to the following:

    | | | |
    |---|---|---|
    | Depositions | - | Plaintiff - 10<br>Defendants- 10 |
    | Interrogatories | - | Plaintiff - 25 per defendant<br>Defendants- 25 each |
    | Individual document requests | - | Plaintiff - 25 per defendant<br>Defendants- 25 each |
    | Requests for admission | - | Plaintiff - 25 per defendant<br>Defendants- 25 each |

5.  **Dispositive motions.** All motions for judgment on the pleadings or for summary judgment shall be filed on or before November 15, 2001.

6.  **Expert witnesses.** To the extent required by Fed. R. Civ. P. 26(a)(2), plaintiff will supply to defendants the name and report of her expert(s) on or before November 30, 2001, and defendants will supply to plaintiff the name and report of their expert(s) on or before January 2, 2002.

6.1 Depositions of experts for use at trial in lieu of live testimony may be taken at any time prior to trial, with concurrence of counsel.

6.2 Supplemental reports of plaintiff's experts must be supplied to opposing counsel on or before January 16, 2002.

6.3 Supplemental reports of defendants' experts must be supplied to opposing counsel on or before January 30, 2002.

6.4 All depositions of an opposing party's experts under Fed. R. Civ. P. 26(b)(4) must be conducted on or before February 13, 2002.

6.5 Counsel are reminded of their continuing obligation to supplement disclosures and responses in accordance with the provisions of Fed. R. Civ. P. 26(e), which obligation is not affected by this order.

7. **Motions in limine.**

7.1 All motions in limine, other than those pertaining to testimony of experts, shall be filed on or before January 14, 2002, with supporting briefs attached. All opposing briefs shall be filed on or before January 28, 2002. No reply briefs are permitted.

7.2  Motions in limine pertaining to testimony of experts should be filed and briefed according to the foregoing schedule, but may be filed and/or supplemented at any time prior to March 1, 2002, if necessary, to reflect deposition testimony.

8.  **Final pretrial/settlement conference.**  A final pretrial/settlement conference will be held on January 31, 2002, at a time to be announced, in Chambers, Fourth Floor, Federal Building, 240 West Third Street, Williamsport, Pennsylvania.

9.  **Jury trial.**  Jury selection will be March 1, 2002, at 9:30 a.m., Fourth Floor, Federal Building, 240 West Third Street, Williamsport, Pennsylvania.

10.  **Courtesy copies.**  No courtesy copies of documents shall be sent directly to the undersigned judge.

11.  **Facsimile transmission.**  No document may be faxed to chambers or to the clerk's office without express permission obtained in advance from the judge or his secretary or law clerk, which permission shall be limited to each document request, unless otherwise indicated.

12.  **Correspondence.**  As a general practice, the court will take no action based on correspondence.  Counsel must adhere to the motion practice set forth in the rules.

4

13. **Filings.** To reduce delays in mailing documents between divisional offices, it is recommended that all future pleadings be filed in the Clerk's Office in **Williamsport** at the following address: United States District Court Clerk's Office, 240 West Third Street, Suite 218, Williamsport, PA  17701-6460.

James F. McClure, Jr.
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 2, 2001

Re: 1:01-cv-00083    Beam v. Downey

True and correct copies of the attached were mailed by the clerk to the following:

Don Bailey, Esq.
4311 N. 6th St.
Harrisburg, PA  17110    Fax No.: 717-221-9600

Stephen S. Russell, Esq.
Stock & Leader
35 South Duke St.
P.O. Box 5167
York, PA  17405-5167

Melinda B. Kaufmann, Esq.
Stock and Leader, PC
PO Box 5167
35 S. Duke Street
York, PA  17405

Steven J. Schiffman, Esq.
Serratelli, Schiffman, Brown, & Calhoon, P.C.
Suite 201
2080 Linglestown Road
Harrisburg, PA  17110

P. Daniel Altland, Esq.
Mette, Evans & Woodside
P.O. Box 5950
3401 North Front St.
Harrisburg, PA  17110-0950

Steven Jay Schiffman, Esq.
Serratelli Schiffman Brown & Calhoon, P.C.
2080 Linglestown Road
Suite 201
Harrisburg, PA  17101    Fax No.: 717-540-5481

cc:
Judge                              ( )                    ( ) Pro Se Law Clerk
Magistrate Judge                   ( )                    ( ) INS
U.S. Marshal                       ( )                    ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( )   with N/C attached to complt. and served by:
                                         U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5                ( )
Order to Show Cause                ( )   with Petition attached & mailed certified mail
                                         to:  US Atty Gen   ( )   PA Atty Gen ( )
                                              DA of County  ( )   Respondents ( )

Bankruptcy Court                   ( )
Other_____         ( )
                                                 MARY E. D'ANDREA, Clerk

DATE: ____5/1/01_____            BY: ____KJ_____
                                         Deputy Clerk