IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEVERLY BEAM | ) | CIVIL ACTION LAW |
| Plaintiff | ) | |
| | ) | 1:CV-01-0600 |
| vs. | ) | |
| SCOTT DOWNEY, ROGER MORRISON, DAVID GRAYBILL AND MICHAEL SWEGER | ) | JURY TRIAL DEMANDED |
| Defendants | ) | |

FILED
HARRISBURG
SEP 0 5 2001
MARY E. D'ANDREA, C...
Per_____
DEPUTY CLERK

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

1.) On or about November 1, 2001 discovery ends in the above captioned matter.

2.) Plaintiff's counsel has been unable to depose the defendants as of this date and has only been able to schedule the deposition of Roger Morrison at the end of October 2001 because of defendants scheduling problems. Plaintiff has to conclude the depositions of the defendants and we have additional witnesses that also need to be deposed.

3.) Opposing counsel was notified and P. Daniel Altland, Esquire and Steven Schiffman Esq. do concur in this motion. Steven Russell was notified but counsel was unable to elicit a response from him.

**WHEREFORE** the plaintiff is requesting a 120-day enlargement of time of the discovery period until March 1, 2001 and to advance the case management plan accordingly.

                                                Respectfully Submitted,

                                                Don Bailey, Esquire
                                                4311 N. 6th Street
                                                Harrisburg, Pa 17110
                                                (717) 221-9500

September 3, 2001

# CERTIFICATE OF CONCURRENCE/NON CONCURRENCE

I, Don Bailey contacted all counsel regarding the concurrence or non-concurrence of the Motion for Enlargement of Time. P. Daniel Altland Esq., and Steven Schiffman Esq., do concur. I was unable to reach Stephen Russell Esq., for his concurrence.

_____
Don Bailey, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that on this **September 3, 2001** true and correct copy of the foregoing

**MOTION FOR ENLARGEMENT OF TIME** was served upon the following counsel of record

by United States Mail, postage prepaid:

**Stephen Russell, Esquire**
**Stock and Leader**
35 S. Duke Street
P.O. Box 5167
York, PA 17405-5167

**Steven Schiffman, Esquire**
**Serratelli, Schiffman, Brown and Calhoun, P.C.**
2080 Linglestown Road
Harrisburg, PA 17110

**Daniel P. Altland, Esquire**
**Mette, Evans and Woodside**
3401 N. Front Street
Harrisburg, PA 17110

BY: _____
Don Bailey ID# 23786
4311 N. 6th Street
Harrisburg, PA 17110
(717) 221-9500