IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BEVERLY BEAM,                    :    1:CV-01-0083

       Plaintiff       :    (Judge McClure)

       v.              :

SCOTT DOWNEY, ROGER MORRISON,
DAVID GRAYBILL and               :
MICHAEL SWEGER,
                                 :

       Defendants

O R D E R

September 11, 2001

**FILED**
**WILLIAMSPORT, PA**

**SEP 1 1 2001**

MARY E. D'ANDREA, CLERK
Per_____
           DEPUTY CLERK

**IT IS ORDERED THAT:**

1. **Motion granted.** Plaintiff's motion for enlargement of time (record document no. 23, filed September 5, 2001) is granted to the extent of the relief provided in this order.

2. **Trial list.** The case is continued from the March 2002 Williamsport trial list to the May 2002 Williamsport trial list.

3. **Discovery.** All fact discovery shall be completed on or before January 2, 2002

4. **Dispositive motions.** All motions for judgment on the pleadings or for summary judgment shall be filed on or before January 16, 2002.

5. **Expert witnesses.** To the extent required by Fed. R. Civ. P. 26(a)(2), plaintiff will supply to defendants the name and report of her expert(s) on or before February 1, 2002, and

1

defendants will supply to plaintiff the name and report of their expert(s) on or before March 1, 2002.

    5.1  Depositions of experts for use at trial in lieu of live testimony may be taken at any time prior to trial, with concurrence of counsel.

    5.2  Supplemental reports of plaintiff's experts must be supplied to opposing counsel on or before March 15, 2002.

    5.3  Supplemental reports of defendants' experts must be supplied to opposing counsel on or before March 29, 2002.

    5.4  All depositions of an opposing party's experts under Fed. R. Civ. P. 26(b)(4) must be conducted on or before April 12, 2002.

    5.5  Counsel are reminded of their continuing obligation to supplement disclosures and responses in accordance with the provisions of Fed. R. Civ. P. 26(e), which obligation is not affected by this order.

6.  **Motions in limine**.

    6.1  All motions in limine, other than those pertaining to testimony of experts, shall be filed on or before March 14, 2002, with supporting briefs attached.  All opposing briefs shall be filed on or before March 28, 2002.  No reply briefs are permitted.

6.2  Motions in limine pertaining to testimony of experts should be filed and briefed according to the foregoing schedule, but may be filed and/or supplemented at any time prior to May 1, 2002, if necessary, to reflect deposition testimony.

7.  **Final pretrial/settlement conference.**  A final pretrial/settlement conference will be held on March 21, 2002, at a time to be announced, in Chambers, Fourth Floor, Federal Building, 240 West Third Street, Williamsport, Pennsylvania.

8.  **Jury trial.**  Jury selection will be May 1, 2002, at 9:30 a.m., Fourth Floor, Federal Building, 240 West Third Street, Williamsport, Pennsylvania.

9.  **Superseding order.**  This order supersedes all previous scheduling orders, to the extent inconsistent herewith

James F. McClure, Jr.
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

September 12, 2001

Re:  1:01-cv-00083   Beam v. Downey

True and correct copies of the attached were mailed by the clerk to the following:

Don Bailey, Esq.
4311 N. 6th St.
Harrisburg, PA  17110    Fax No.: 717-221-9600

Stephen S. Russell, Esq.
Stock & Leader
35 South Duke St.
P.O. Box 5167
York, PA  17405-5167

Melinda B. Kaufmann, Esq.
Stock and Leader, PC
PO Box 5167
35 S. Duke Street
York, PA  17405

Steven J. Schiffman, Esq.
Serratelli, Schiffman, Brown, & Calhoon, P.C.
Suite 201
2080 Linglestown Road
Harrisburg, PA  17110

P. Daniel Altland, Esq.
Mette, Evans & Woodside
P.O. Box 5950
3401 North Front St.
Harrisburg, PA  17110-0950

Steven Jay Schiffman, Esq.
Serratelli Schiffman Brown & Calhoon, P.C.
2080 Linglestown Road
Suite 201
Harrisburg, PA  17101    Fax No.: 717-540-5481

```
cc:
Judge                              ( )        ( ) Pro Se Law Clerk
Magistrate Judge                   ( )        ( ) INS
U.S. Marshal                       ( )        ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( )  with N/C attached to complt. and served by:
                                        U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( )  with Petition attached & mailed certified mail
                                        to: US Atty Gen    ( )   PA Atty Gen   ( )
                                            DA of County   ( )   Respondents   ( )

Bankruptcy Court                   ( )
Other_____           ( )
                                                        MARY E. D'ANDREA, Clerk


DATE:  9/12/01                                    BY: _____
                                                       Deputy Clerk
```