

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BEVERLY BEAM** | : | NO. 1:CV-01-0083 |
| Plaintiff | : | |
| vs. | : | |
| | : | CIVIL ACTION - LAW |
| SCOTT DOWNEY, ROGER MORRISON, DAVID GRAYBILL AND MICHAEL SWEGER | : | JURY TRIAL DEMANDED |
| Defendants | : | |

FILED
HARRISBURG, PA

FEB 01 2002

MARY E. D'ANDREA, CLE
Per _____
Deputy Clerk

## MOTION TO STAY PROCEEDINGS

AND NOW, come the Defendants, collectively, by and through their attorneys, who bring this Motion to Stay Proceedings, and aver as follows:

1. Plaintiff, Beverly Beam, filed a Complaint on January 16, 2001 against Defendants Scott Downey, Roger Morrison, David Graybill and Michael Sweger.

2. On March 14, 2001, Defendant Downey, by and through his attorney, Stephen S. Russell, Esquire, filed a Partial Motion to Dismiss Plaintiff's Complaint and to Strike Impertinent Material.

3.  On March 16, 2001, Defendant Morrison, by and through his attorney, Daniel P. Altland, Esquire, filed a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6).

4.  On March 19, 2001, Defendants Graybill and Sweger, by and through their attorney, Stephen J. Schiffman, Esquire, filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

5.  Pending resolution of the above three Motions, discovery was begun in the form of Interrogatories, Request for Production of Documents and depositions.

6.  The discovery period in this matter ended on February 1, 2002.

7.  Defendants' Motion for Summary Judgment is due on February 16, 2002.

8.  For Defendants to file any further motions at this time would be duplicative of the Motion to Dismiss and impossible as the pleadings have not closed and once the Court decides the 12(b)(6) motions, further discovery may be necessary.

WHEREFORE, Defendants Scott Downey, Roger Morrison, David Graybill and Michael Sweger hereby respectfully request this Honorable Court to stay the

proceedings in this matter pending a decision on their respective Motions to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

Respectfully submitted,

**SERRATELLI, SCHIFFMAN, BROWN & CALHOON, PC**

By: *[signature]*
Steven J. Schiffman, Esquire
I.D. No.: 25488
Melanie L. Erb, Esquire
I.D. No.: 84445
Suite 201, 2080 Linglestown Road
Harrisburg, PA 17101
(717) 540-9170
Attorneys for Defendants David Graybill And Michael Sweger

Dated: 2/1/02

**STOCK AND LEADER**
A Professional Corporation

By: *[signature]*
Stephen S. Russell, Esquire
I.D. No. 17102
Melinda B. Kaufmann, Esquire
I.D. No. 82088
35 South Duke Street
P.O. Box 5167
York, PA 17405-5167
(717) 846-9800
Attorneys for Defendant Scott Downey

Dated: 1-31-02

METTE, EVANS & WOODSIDE

By: _____*P. Daniel Altland*_____
P. Daniel Altland, Esquire
Sup. Ct. I.D. #25438
3401 North Front Street
P.O. Box 5950
Harrisburg, PA 17110-0950
(717) 232-50000
Attorneys for Defendant Roger Morrison

Dated: 1-31-02

4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEVERLY BEAM, | : |
| | : CIVIL ACTION LAW |
| Plaintiff, | : |
| | : Docket No.: 1: CV-01-0083 |
| v. | : |
| | : (Judge McClure) |
| SCOTT DOWNEY, ROGER MORRISON, DAVID GRAYBILL, and MICHAEL SWEGER, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF NONCONCURRENCE

I, Melanie L. Erb, Esquire, certify that I have contacted Counsel for Plaintiff to seek his concurrence and/or nonconcurrence in the within Motion. Plaintiff does not concur in Defendants' Motion.

                                              **SERRATELLI, SCHIFFMAN, BROWN & CALHOON, PC**

                                              By _____
                                                 Melanie L. Erb, Esquire
                                                 I.D. No.: 25488
                                                 Suite 201, 2080 Linglestown Road
                                                 Harrisburg, PA 17101
                                                 (717) 540-9170
                                                 Attorneys for Defendants David Graybill

Dated: February 1, 2002                          and Michael Sweger

## **CERTIFICATE OF SERVICE**

I, Melanie L. Erb, Esquire, hereby certify that I have served a true and correct copy of the foregoing document by depositing such in the regular U.S. Mail, addressed as follows:

Don Bailey, Esquire
4311 N. Sixth Street
Harrisburg, PA 17110

P. Daniel Altland, Esquire
Mette, Evans & Woodside
3401 N. Front Street
Harrisburg, PA 17110

Stephen S. Russell, Esquire
Stock and Leader
35 South Duke Street
York, PA 17405-5167

_____
Melanie L. Erb, Esquire
Suite 201, 2080 Linglestown Road
Harrisburg, PA 17110
(717) 540-9170

Dated: February 1, 2002