IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEVERLY BEAM, | : | 4:CV-01-0083 |
| Plaintiff | : | (Judge McClure) |
| v. | : | |
| SCOTT DOWNEY, ROGER MORRISON, DAVID GRAYBILL and MICHAEL SWEGER, | : | FILED WILLIAMSPORT, PA |
| | : | FEB 13 2002 |
| Defendants | | MARY E. D'ANDREA, CLERK PER _____ DEPUTY CLERK |

**NOTICE**

February 13, 2002

Re:  Defendants' motion to stay proceedings
    (Record document no. 26, filed February 1, 2002)

As Judge McClure is unavailable, he has authorized me to advise counsel that (1) the summary judgment deadline will be extended until further order of court, (2) plaintiff's counsel shall file a response to the motion as a procedural nature on or before February 19, 2002 and (3) the court will waive the filing by defendants of a brief in support of their motion.

The clerk is directed to fax a copy of this notice to counsel today.

Kathy A. McLaughlin
Administrative Assistant