IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEVERLY BEAM,<br>    Plaintiff | : | No. 1:CV-01-0083 |
| | : | (Judge McClure) |
| v. | : | |
| | : | |
| SCOTT DOWNEY, ROGER<br>MORRISON, DAVID L.<br>GRAYBILL, and MICHAEL<br>SWEGER,<br>    Defendants | : | |

ORDER

March 21, 2002

## BACKGROUND:

On February 1, 2002, defendants moved to stay proceedings in the above captioned case pending a decision on their respective motions to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). Discovery in this matter ended on February 1, 2002, and defendants' motion for summary judgment was due on February 16, 2002.

On February 13, 2002, Judge McClure authorized his administrative assistant, in his absence, to advise counsel that the summary judgment deadline is extended until further order of the court, that plaintiff's counsel was to file a response to defendants' motion to stay proceedings by February 19, 2002, and that the court waived the filing by defendants of a brief in support of their motion.

On February 19, 2002, plaintiff filed a response to defendants' motion to stay proceedings.

The court now confirms the February 13, 2002 notice by Judge McClure's administrative assistant, and will grant defendants' motion to stay proceedings pending disposition of their respective motions to dismiss. The deadline for a motion for summary judgment will be extended, if necessary, by further order of the court.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. Defendants' motion to stay proceedings (record doc. no. 26) is granted.

2. The deadline for filing a motion for summary judgment will be extended, if necessary, by further order of the court.

James F. McClure, Jr.
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

March 20, 2002

Re:  1:01-cv-00083    Beam v. Downey

True and correct copies of the attached were mailed by the clerk to the following:

Don Bailey, Esq.
4311 N. 6th St.
Harrisburg, PA  17110

Stephen S. Russell, Esq.
Stock & Leader
35 South Duke St.
P.O. Box 5167
York, PA  17405-5167

Melinda B. Kaufmann, Esq.
Stock and Leader, PC
PO Box 5167
35 S. Duke Street
York, PA  17405

Steven J. Schiffman, Esq.
Serratelli, Schiffman, Brown, & Calhoon, P.C.
Suite 201
2080 Linglestown Road
Harrisburg, PA  17110

P. Daniel Altland, Esq.
Mette, Evans & Woodside
P.O. Box 5950
3401 North Front St.
Harrisburg, PA  17110-0950

Steven Jay Schiffman, Esq.
Serratelli Schiffman Brown & Calhoon, P.C.
2080 Linglestown Road
Suite 201
Harrisburg, PA  17101

```
cc:
Judge                          ( )              ( ) Pro Se Law Clerk
Magistrate Judge               ( )              ( ) INS
U.S. Marshal                   ( )              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )   PA Atty Gen ( )
                                         DA of County  ( )   Respondents ( )
Bankruptcy Court               ( )
Other____pries____             (✓)
                                                    MARY E. D'ANDREA, Clerk

DATE: ____3/21/02____            BY: _____
                                              Deputy Clerk
```