**ORIGINAL**



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEVERLY BEAM | ) | CIVIL ACTION LAW |
| | ) | |
| Plaintiff | ) | |
| | ) | 1:CV-01-~~0600~~ 83 |
| vs. | ) | |
| | ) | **FILED** |
| SCOTT DOWNEY, ROGER MORRISON, DAVID GRAYBILL AND MICHAEL SWEGER | ) | APR 1 6 2002 |
| | ) | PER ___ |
| | ) | HARRISBURG, PA DEPUTY CLERK |
| | ) | JURY TRIAL DEMANDED |
| Defendants | ) | |
| | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Beverly Beam the above- named plaintiff hereby appeals to the Third Circuit Court of Appeals of the United States from the decision by the Court from the Honorable Judge James F. McClure, Jr., for the U.S. District Court for the Middle District of Pennsylvania entered on April 10, 2002. Order is attached hereto.

Respectfully Submitted,

_____
Don Bailey ID#23786
4311 N. 6th Street
Harrisburg, PA 17110
(717) 221-9500

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BEVERLY BEAM,
    Plaintiff

    v.

SCOTT DOWNEY, ROGER
MORRISON, DAVID GRAYBILL
and MICHAEL SWEGER,
    Defendants

No. 1:CV-01-0083
(Judge McClure)

FILED
WILLIAMSPORT, PA

APR 1 0 2002

MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

**ORDER**

April 10, 2002

For the reasons set forth in the accompanying memorandum,

**IT IS ORDERED THAT:**

1. Defendant Scott Downey's partial motion to dismiss and to strike impertinent matter from the complaint (record doc. no. 7) is granted pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 12(f).

    1.1 Given the court's holding on plaintiff's equal protection claim, all of plaintiff's claims are dismissed as against defendant Downey.

    1.2 Downey's motion to strike impertinent matter from plaintiff's complaint is granted in its entirety.

2. Defendant Roger Morrison's motion to dismiss (record doc. no. 10) is granted pursuant to Fed. R. Civ. P. 12(b)(6).

      2.1   All of plaintiff's claims are dismissed as against defendant Morrison.

      3.   Defendants David Graybill's and Michael Sweger's motion to dismiss (record doc. no. 11) is granted pursuant to Fed. R. Civ. P. 12(b)(6).

      3.1   All of plaintiff's claims are dismissed as against defendants Graybill and Sweger.

      4.   The clerk is directed to close the case file.

                                      James F. McClure, Jr.
                                      United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this **15th day of APRIL 2002** true and correct copy of the foregoing NOTICE OF APPEAL was served upon the following counsel of record by United States Mail, postage prepaid:

**Stephen Russell, Esquire**
**Stock and Leader**
35 S. Duke Street
P.O. Box 5167
York, PA 17405-5167

**Steven Schiffman, Esquire**
**Serratelli, Schiffman, Brown and Calhoun**, P.C.
2080 Linglestown Road
Harrisburg, PA 17110

**Daniel P. Altland, Esquire**
**Mette, Evans and Woodside**
3401 N. Front Street
Harrisburg, PA 17110

BY: _/s/ Don Bailey_
Don Bailey ID# 23786
4311 N. 6th Street
Harrisburg, PA 17110
(717) 221-9500