OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

TELEPHONE

215-299-(4928)

April 22, 2002

## NOTICE OF DOCKETING OF APPEAL

Beam
v.
Downey, et al.
No.: 01-cv-00083

(Honorable James F. McClure)

**FILED
WILLIAMSPORT**

APR 2 2 2002

PER _____
DEPUTY CLERK

An appeal by **Beverly Beam** was filed in the above-caption case on 4/16/02, and docketed in this Court on 4/22/02, at No. **02-2050**.

Kindly use the Appeals Docket No. **02-2050** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Please notify Case Manager **Carmella Wells** at carmella_wells@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron
Clerk**