ORIGINAL

(34)
4-25-0
sc

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEVERLY BEAM | : | NO. 1:CV-01-0083 |
| Plaintiff | : | |
| vs. | : | |
| | : | CIVIL ACTION - LAW |
| SCOTT DOWNEY, ROGER | : | |
| MORRISON, DAVID GRAYBILL | : | JURY TRIAL DEMANDED |
| AND MICHAEL SWEGER | : | |
| Defendants | : | |

FILED
HARRISBURG, PA
APR 2 4 2002
MARY E. D'ANDREA, CLERK
Per _____

J. McClure

## MOTION TO ENLARGE TIME TO FILE FOR ATTORNEYS' FEES AND COSTS

AND NOW, come the Defendants, collectively, by and through their attorneys, who bring this Motion to Enlarge Time to File for Attorney's Fees, and aver as follows:

1. Plaintiff filed a Complaint on or about January 16, 2001.

2. On March 14, 2001, Defendant Downey, by and through his attorney, Stephen S. Russell, Esquire, filed a Partial Motion to Dismiss Plaintiff's Complaint and to Strike Impertinent Material.

3. On March 16, 2001, Defendant Morrison, by and through his attorney, Daniel P. Altland, Esquire, filed a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6).

4. On March 19, 2001, Defendants Graybill and Sweger, by and through their attorney, Stephen J. Schiffman, Esquire, filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

5. On or about April 10, 2002, the Court granted Defendants' Motions to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6).

6. Plaintiff filed a Notice of Appeal on or about April 16, 2002.

7. Defendants collectively believe that they are entitled to attorneys' fees and costs pursuant to Federal Rule of Civil Procedure 54 and 42 U.S.C. §1988.

8. As a result of Plaintiff's appeal, it would not be appropriate for Defendants to litigate their fees and costs at this time.

WHEREFORE, Defendants Scott Downey, Roger Morrison, David Graybill and Michael Sweger hereby respectfully request this Honorable Court to Enlarge the Time to File for Attorneys' Fees and Costs pending the resolution of Plaintiff's Appeal.

Respectfully submitted,

SERRATELLI, SCHIFFMAN, BROWN
& CALHOON, PC

By: _____
Steven J. Schiffman, Esquire

Dated: 4/24/02

I.D. No.: 25488
Melanie L. Erb, Esquire
I.D. No.: 84445
Suite 201, 2080 Linglestown Road
Harrisburg, PA 17101
(717) 540-9170
Attorneys for Defendants David Graybill
  And Michael Sweger

**STOCK AND LEADER**
A Professional Corporation

Dated: _____

By: _____
Stephen S. Russell, Esquire
I.D. No. 17102
Melinda B. Kaufmann, Esquire
I.D. No. 82088
35 South Duke Street
P.O. Box 5167
York, PA 17405-5167
(717) 846-9800
Attorneys for Defendant Scott Downey

**METTE, EVANS & WOODSIDE**

By: _____
P. Daniel Altland, Esquire
Sup. Ct. I.D. #25438

Dated: _____

        3401 North Front Street
        P.O. Box 5950
        Harrisburg, PA 17110-0950
        (717) 232-50000
        Attorneys for Defendant Roger Morrison

                                                  I.D. No.: 25488
                                                  Melanie L. Erb, Esquire
                                                  I.D. No.: 84445
                                                  Suite 201, 2080 Linglestown Road
                                                  Harrisburg, PA 17101
                                                  (717) 540-9170

Dated: _____           Attorneys for Defendants David Graybill
                                                    And Michael Sweger


**STOCK AND LEADER**
A Professional Corporation


By: _/s/ Melinda B. Kaufmann_____
        Stephen S. Russell, Esquire
        I.D. No. 17102
        Melinda B. Kaufmann, Esquire
        I.D. No. 82088
        35 South Duke Street
        P.O. Box 5167
        York, PA 17405-5167
        (717) 846-9800

Dated: _____        Attorneys for Defendant Scott Downey


**METTE, EVANS & WOODSIDE**


By: _____
        P. Daniel Altland, Esquire
        Sup. Ct. I.D. #25438
        3401 North Front Street
        P.O. Box 5950
        Harrisburg, PA 17110-0950

                                      I.D. No.: 25488
                                      Melanie L. Erb, Esquire
                                      I.D. No.: 84445
                                      Suite 201, 2080 Linglestown Road
                                      Harrisburg, PA 17101
                                      (717) 540-9170

Dated: _____                Attorneys for Defendants David Graybill
                                        And Michael Sweger


**STOCK AND LEADER**
A Professional Corporation


By: _____
      Stephen S. Russell, Esquire
      I.D. No. 17102
      Melinda B. Kaufmann, Esquire
      I.D. No. 82088
      35 South Duke Street
      P.O. Box 5167
      York, PA 17405-5167
      (717) 846-9800
Dated: _____       Attorneys for Defendant Scott Downey


**METTE, EVANS & WOODSIDE**


By: _[signature]_____
      P. Daniel Altland, Esquire
      Sup. Ct. I.D. #25438
      Jennifer A. Yankanich
      Sup. Ct. I.D. #84201
      3401 North Front Street

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEVERLY BEAM, | : |
| | : CIVIL ACTION LAW |
| Plaintiff, | : |
| | : Docket No.: 1: CV-01-0083 |
| v. | : |
| | : (Judge McClure) |
| SCOTT DOWNEY, ROGER MORRISON, DAVID GRAYBILL, and MICHAEL SWEGER, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF NONCONCURRENCE

I, Melanie L. Erb, Esquire, certify that I have contacted Counsel for Plaintiff to seek his concurrence and/or nonconcurrence in the within Motion. Plaintiff does not concur in Defendants' Motion.

                                                SERRATELLI, SCHIFFMAN, BROWN
                                                &amp; CALHOON, PC

By _____
                                                Melanie L. Erb, Esquire
                                                I.D. No.: 25488
                                                Suite 201, 2080 Linglestown Road
                                                Harrisburg, PA 17101
                                                (717) 540-9170
                                                Attorneys for Defendants David Graybill
Dated: April 24, 2002                       and Michael Sweger

## CERTIFICATE OF SERVICE

I, Melanie L. Erb, Esquire, hereby certify that I have served a true and correct copy of the foregoing document by depositing such in the regular U.S. Mail, addressed as follows:

Don Bailey, Esquire
4311 N. Sixth Street
Harrisburg, PA 17110

P. Daniel Altland, Esquire
Mette, Evans & Woodside
3401 N. Front Street
Harrisburg, PA 17110

Stephen S. Russell, Esquire
Stock and Leader
35 South Duke Street
York, PA 17405-5167

_____
Melanie L. Erb, Esquire
Suite 201, 2080 Linglestown Road
Harrisburg, PA 17110
(717) 540-9170

Dated: April 24, 2002