

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEVERLY BEAM, | : | 4:CV-01-0083 |
| Plaintiff | : | (Judge McClure) |
| v. | : | |
| SCOTT DOWNEY, ROGER MORRISON, DAVID GRAYBILL and MICHAEL SWEGER, | : | FILED WILLIAMSPORT, PA MAY - 2 2002 |
| Defendants | : | MARY E. D'ANDREA, CLERK Per_____ Deputy Clerk |

ORDER

May 2, 2002

**BACKGROUND:**

On April 10, 2002, the court entered an order dismissing the complaint as against all defendants. On April 16, 2002, plaintiff filed a notice of appeal from that order to the United States Court of Appeals for the Third Circuit. On April 24, 2002, defendant Roger Morrison filed a motion for attorney's fees and associated expenses. Also, on April 24, 2002, a motion was filed collectively on behalf of all defendants, including Roger Morrison, to enlarge the time to file for attorney's fees and costs until resolution of plaintiff's appeal. As counsel for Morrison signed both motions, it would appear that he is at least seeking a deferral of the briefing of his motion for attorney's fees and associated expenses until disposition of the pending

appeal.

As the motion for enlargement of time sets forth fully therein the reasons for the request, no supporting brief is required. LR 7.5. As movants certify that plaintiff does not concur, she will be directed to file a response stating her reasons for the nonconcurrence.

**NOW, THEREFORE, IT IS ORDERED THAT:**

Plaintiff shall file and serve on or before May 17, 2002 a statement setting forth her reasons for not concurring in defendants' collective motion to enlarge time to file for attorneys' fees and costs.

James F. McClure, Jr.
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 2, 2002

Re:  1:01-cv-00083    Beam v. Downey

True and correct copies of the attached were mailed by the clerk to the following:

Don Bailey, Esq.
4311 N. 6th St.
Harrisburg, PA  17110

Stephen S. Russell, Esq.
Stock & Leader
35 South Duke St.
P.O. Box 5167
York, PA  17405-5167

Melinda B. Kaufmann, Esq.
Stock and Leader, PC
PO Box 5167
35 S. Duke Street
York, PA  17405

Steven J. Schiffman, Esq.
Serratelli, Schiffman, Brown, & Calhoon, P.C.
Suite 201
2080 Linglestown Road
Harrisburg, PA  17110

P. Daniel Altland, Esq.
Mette, Evans & Woodside
P.O. Box 5950
3401 North Front St.
Harrisburg, PA  17110-0950

Steven Jay Schiffman, Esq.
Serratelli Schiffman Brown & Calhoon, P.C.
2080 Linglestown Road
Suite 201
Harrisburg, PA  17101

```
cc:
Judge                          ( )              ( ) Pro Se Law Clerk
Magistrate Judge               ( )              ( ) INS
U.S. Marshal                   ( )              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen  ( )   PA Atty Gen ( )
                                       DA of County ( )   Respondents ( )

Bankruptcy Court               ( )
Other_____priss___(✓)
                                                  MARY E. D'ANDREA, Clerk

DATE:  5/2/02                       BY: _____
                                            Deputy Clerk
```