ORIGINAL

# BILL OF COSTS

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | District: Middle District of Pennsylvania | |
| Beverly Beam | | FILED<br>HARRISBURG, PA |
| Vs. | Docket No. 01-CV-00083 | |
| Scott Downey, et al | Magistrate Case No. _J. McClure_ | JAN 0 6 2003<br>MARY E. D'ANDREA, CL<br>Per _____<br>Deputy Clerk |

Judgment having been entered in the above entitled action on April 10, 2002, against Beverly Beam, the clerk is requested to tax the following costs:

## BILL OF COSTS

| | |
|---|---|
| Fees of the clerk | $ -0- |
| Fees for Service of summons and complaint | -0- |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | -0- |
| Fees and disbursements for printing ($.10/page x 315 pp.) | 31.50 |
| Fees for witnesses (itemized on reverse side) | -0- |
| Fees for exemplification and copies of papers necessarily obtained for use in case | -0- |
| Docket fees under 28 U.S.C. § 1923 | -0- |
| Cost for incident to taking of depositions | $2,940.33 |
| Costs as shown on Mandate of Court of Appeals | -0- |
| Other costs (Please itemize) | -0- |
| Total | $ 2,971.83 |

SPECIAL NOTE: Attached to your bill an itemization and documentation for requested costs in all categories. Briefs should also be submitted support the necessity of the requested costs and citing cases supporting taxation of those costs.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred I this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

SIGNATURE OF ATTORNEY _____

FOR: David Graybill and Michael Sweger     DATE: 1/6/03
      Name of Claiming party

Please take notice that I will appear before the clerk           DATE AND TIME
who will tax said costs on the following day and time:

Costs are hereby taxed in the following amount              AMOUNT TAXED
And included in the judgment:                                          $

CLERK OF COURT      (BY)   DEPUTY CLERK           DATE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEVERLY BEAM | : | NO. 1:CV-01-0083 |
| Plaintiff | : | (Judge McClure) |
| vs. | : | |
| | : | CIVIL ACTION - LAW |
| SCOTT DOWNEY, ROGER MORRISON, DAVID GRAYBILL AND MICHAEL SWEGER | : | |
| Defendants | : | |

## ITEMIZATION OF DEPOSITION COSTS

| | |
|---|---|
| Deposition of Beverly Beam (7/9/01) | $297.20 |
| Deposition of Michael Sweger and David Graybill (7/11/01) | $635.55 |
| Deposition of Roger Morrison (10/15/01) | $476.00 |
| Deposition of Scott Downey (11/16/01) | $533.95 |
| Deposition of Marc Bauer, Zehner & Mausner (12/19/01) | $640.68 |
| Deposition of Eberly & Wagonhurst (1/31/02) | $356.95 |
| **TOTAL COST OF DEPOSITIONS** | **$2,940.33** |