JUDGE'S COPY



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BEVERLY BEAM** | : | NO. 1:CV-01-0083 |
| Plaintiff | : | |
| | : | (Judge McClure) |
| vs. | : | |
| | : | CIVIL ACTION - LAW |
| SCOTT DOWNEY, ROGER MORRISON, DAVID GRAYBILL AND MICHAEL SWEGER | : | |
| Defendants | : | |

FILED
HARRISBURG, PA

JAN 0 6 2003

MARY E. D'ANDREA, CLE
Per _____
Deputy Clerk

## AFFIDAVIT OF STEVEN J. SCHIFFMAN, ESQUIRE

1. Under penalty of perjury and pursuant to 28 U.S.C. §1746 I state as follows:

2. I am Defendant Sweger and Graybill's counsel in the present action.

3. Attached to the Defendants' Motion for Attorneys' Fees is an itemization of time and services provided by Defendants' counsel on the present case. The itemization represents all reasonable time spent on the items so indicated. In my opinion, all of these items and services were reasonable, proper and necessary to Defendants prevailing in this case. Additional time will be spent litigating the Motion.

and necessary to Appellees prevailing in this case. Additional time will be spent litigating the Motion.

4. In cases in which I charge an hourly rate, that rate is $175.00 per hour. I believe that in this community, an hourly billing rate of $175.00 per hour is reasonable for lawyers with my experience and ability.

5. In support of this base rate, I state that:

a. I have been admitted to the practice of law before the state courts of Pennsylvania since October 11, 1977.

b. I am also admitted to practice before the United States District Court for the Middle District of Pennsylvania (since 1979), the Third Circuit Court of Appeals (since 2002) and the United States Supreme Court (since 1989).

c. During my legal career, I have been engaged in the private practice of law in Harrisburg, Pennsylvania and have handled a substantial number of civil rights claims in Federal court.

d. I believe that the base hourly rate requested is reasonable based on my experience, litigation career and knowledge of civil rights law and litigation.

Respectfully submitted,

By: _____
STEVEN J. SCHIFFMAN, Esquire

Dated: __1/6/03__