FILED
HARRISBURG, PA

JAN 0 6 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEVERLY BEAM | : | NO. 1:CV-01-0083 |
| Plaintiff | : | (Judge McClure) |
| vs. | : | |
| | : | CIVIL ACTION - LAW |
| SCOTT DOWNEY, ROGER MORRISON, DAVID GRAYBILL AND MICHAEL SWEGER | : | |
| Defendants | : | |

## DEFENDANTS GRAYBILL AND SWEGER'S MOTION FOR ATTORNEYS' FEES AND ASSOCIATED EXPENSES

AND NOW, come the Defendants, David Graybill and Michael Sweger, by and through their attorneys, STEVEN J. SCHIFFMAN, Esquire and the law firm of SERRATELLI, SCHIFFMAN, BROWN, & CALHOON, P.C., respectfully requests an award of attorneys' fees and costs pursuant to 42 U.S.C. §1988(b). In support thereof, Defendants aver as follows:

1. Plaintiff filed a Complaint on or about January 16, 2001, alleging both federal and state law claims.

2. On or about March 19, 2001, Defendants Graybill and Sweger filed a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6).

3. By Order dated April 10, 2002, Graybill and Sweger's Motion to Dismiss was granted pursuant to Federal Rule of Civil Procedure 12(b)(6) by the Honorable James F. McClure, Jr.

4. Appellant filed a Notice of Appeal April 16, 2002.

5. On or about August 8, 2002, Appellant filed her Brief in support of her appeal.

6. Appellees Graybill and Sweger filed their Brief in opposition to the appeal on September 6, 2002.

7. By Order dated December 23, 2002, the Order of the District Court entered April 10, 2002 was affirmed.

8. Defendants are the prevailing party in this litigation in that Plaintiff's action was frivolous, unreasonable, or without foundation. See Hughes v. Rowe, 449 U.S. 5, 14, 101 S.Ct. 173, 178 (1980). See also Lato v. Sieverman, 919 F.Supp. 336 (C.D. Cal. 1996) (prevailing defendant should be awarded attorneys' fees where the action is found to be meritless).

9. As the prevailing party, Defendants have incurred attorneys' fees and other costs.

10. Attached to this Motion as Exhibit 1 is an itemization of time and services provided by Defendants' counsel on this case, and costs incurred and advanced. The itemization represents reasonable time spent on the items so indicated. All of these times and services were reasonable, proper and necessary to Defendants' prevailing in this case. Verification of these time records is attached hereto as Exhibit 2, collectively.

11. In this case Steven J. Schiffman, Esquire, charges an hourly rate of $175.00 per hour.

12. In this case Melanie L. Erb, Esquire, charges an hourly rate of $125.00 per hour.

13. Based on counsels' experience, litigation careers, and knowledge of civil rights law and litigation, base hourly rates of $175.00 per hour and $125.00 per hour, respectively, are reasonable.

14. In support thereof, Defendants will submit affidavits of attorneys in the greater Harrisburg with knowledge and proficiency in the fields of civil litigation and civil rights litigation, and with knowledge of the abilities of Defendants' counsel.

3

15. Defendants expect to incur additional expenses and counsel fees in the litigation of this Motion and in the collection of the costs and fees awarded. Defendants expressly reserve the right to supplement the within petition at a later date in order to accommodate any such additional expenses, costs and fees.

WHEREFORE, Defendants respectfully request an award of attorneys' fees and costs against Plaintiff.

Respectfully submitted,

SERRATELLI, SCHIFFMAN, BROWN
& CALHOON, PC

By: _____
Steven J. Schiffman, Esquire
I.D. No.: 25488
Melanie L. Erb, Esquire
I.D. No.: 84445
Suite 201, 2080 Linglestown Road
Harrisburg, PA 17101
(717) 540-9170
Attorneys for Defendants David Graybill
And Michael Sweger

Dated: 1/6/03

```
Jan  2/2003                    SERRATELLI, SCHIFFMAN, BROWN & CALHOON, PC                              Page 1
                                             Client Ledger
                                              ALL DATES
  Date       Received From/Paid To        Che#              General              Bld                Trust
      Entry# Explanation                  Rcpt#    Rcpts   Disbs      Fees      Inv#   Acc  Rcpts   Disbs    Balance

5809   GRAYBILL, DAVID D., SR.
   01-027       BEAM V. DOWNEY, ET AL

Jan 26/2001 SWEGERS BUS LINES, INC.                                             44922   1   2500.00          2500.00
     176606 SWEGER
Jan 26/2001 DAVID GRAYBILL                                                      44922   1   2500.00          5000.00
     176608 RETAINER
Jan 29/2001 Lawyer: 2   0.30 Hrs X 175.00                            52.50      41427
      74472 PREPARE NOTICE OF APPEARANCE AND
            ACCEPTANCE OF SERVICE
Jan 29/2001 Lawyer: 2   1.00 Hrs X 175.00                           175.00      41427
      74473 REVIEW COMPLAINT
Jan 29/2001 Lawyer: 30  1.00 Hrs X 125.00                           125.00      41878
      74474 RESEARCH
Jan 29/2001 Lawyer: 30  0.50 Hrs X 125.00                            62.50      41878
      74475 DRAFT MOTION TO DISMISS
Jan 30/2001 Lawyer: 30  2.00 Hrs X 125.00                           250.00      41878
      74476 DRAFT MOTION; RESEARCH
Feb  1/2001 Lawyer: 30  0.50 Hrs X 125.00                            62.50      41878
      74477 RESEARCH
Feb  5/2001 Lawyer: 2   0.30 Hrs X 175.00                            52.50      41878
      74478 TELEPHONE CALL TO/FROMDAN ALTLAND
Feb  5/2001 Lawyer: 2   0.40 Hrs X 175.00                            70.00      41878
      74479 TELEPHONE CALL TO/FROMDAN ALTLAND
Feb  6/2001 Billing on Invoice 41427                   0.00                     41427
      41095 FEES     227.50
Feb  6/2001 SERRATELLI, SCHIFFMAN, BROWN & CALHOON 14084                        44922   1            227.50  4772.50
     176796 PAYMENT FROM TRUST
Feb  7/2001 TRUST                                227.50
     245782 PMT - Client Paying BillGRAYBILL/SWEGER
Feb  8/2001 Lawyer: 30  0.70 Hrs X 125.00                            87.50      41878
      74480 RESEARCH FOR PREPARATION OF BRIEF IN
            SUPPORT OF MOTION TO DISMISS
Feb 12/2001 Lawyer: 2   0.20 Hrs X 175.00                            35.00      41878
      74481 TELEPHONE CALL TO/FROMDAN ALTLAND
Feb 12/2001 Lawyer: 2   0.00 Hrs X 175.00                             0.00      41878
      74482 TELEPHONE CALL TO/FROM
Feb 14/2001 Lawyer: 2   1.00 Hrs X 175.00                           175.00      41878
      74483 REVIEWBOYANOWSKI CASE FROM THE THIRD
            CIRCUIT
Feb 26/2001 Lawyer: 2   1.60 Hrs X 175.00                           280.00      41878
      74484 CONFERENCE WITHDAN ALTLAND
Mar  3/2001 Lawyer: 30  2.50 Hrs X 125.00                           312.50      42354
      74485 RESEARCH
Mar  4/2001 Lawyer: 30  2.00 Hrs X 0.00                               0.00      42354
      74486 RESEARCH AND DRAFT OUTLINE
Mar  5/2001 Lawyer: 30  3.50 Hrs X 0.00                               0.00      42354
      74487 DRAFT OUTLINE OF BRIEF
Mar 12/2001 Billing on Invoice 41878                   0.00                     41878
      41545 FEES    1200.00
Mar 12/2001 Lawyer: 30  0.40 Hrs X 125.00                            50.00      42354
      74488 REVIEW DEFENDANT'S ANSWER AND MOTION
Mar 12/2001 SERRATELLI, SCHIFFMAN, BROWN & CALHOON 14209                        44922   1           1200.00  3572.50
     177174 PAYMENT FROM TRUST/MARCH
Mar 12/2001 TRUST                               1200.00
     245785 PMT - Client Paying BillGRAYBILL
Mar 14/2001 Lawyer: 2   1.00 Hrs X 175.00                           175.00      42354
      74489 REVIEWAND REVISE MOTION TO DISMISS
Mar 14/2001 Lawyer: 30  0.30 Hrs X 125.00                            37.50      42354
      74490 DRAFT PROCEDURAL BACKGROUND
Mar 16/2001 Lawyer: 30  0.70 Hrs X 0.00                               0.00      42354
      74491 RESEARCH
Mar 19/2001 Lawyer: 30  2.50 Hrs X 125.00                           312.50      42354
      74492 DRAFT BRIEF
Mar 20/2001 Lawyer: 30  2.50 Hrs X 125.00                           312.50      42354
      74493 DRAFT AND EDIT BRIEF
Mar 22/2001 Lawyer: 2   1.00 Hrs X 175.00                           175.00      42354
      74494 REVIEW AND REVISE BRIEF
Mar 22/2001 Lawyer: 30  3.00 Hrs X 0.00                               0.00      42354
      74495 EDIT AND REVISE BRIEF
Mar 23/2001 Lawyer: 30  1.00 Hrs X 125.00                           125.00      42354
      74496 REVISE STATEMENT OF FACTS
```

Jan  27 2003                          SERRATELLI, SCHIFFMAN, BROWN & CALHOON, PC                                Page 2
                                                  Client Ledger
                                                   ALL DATES

| Date Entry# | Received From/Paid To Explanation | Che# Rcpt# | Rcpts | General Disbs | Fees | Bld Inv# | Acc | Trust Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Mar 26/2001 74497 | Lawyer: 30  0.50 Hrs X 125.00 EDIT BRIEF | | | | 62.50 | 42354 | | | | |
| Mar 29/2001 187725 | UNITED PARCEL SERVICE INV# 0000F138V1121/ UNITED PARCEL SERVICE | 28405 | | 10.25 | | 42354 | | | | |
| Apr  3/2001 74498 | Lawyer: 30  0.30 Hrs X 125.00 TELEPHONE CALL TO/FROM ATTY ALTLAND | | | | 37.50 | 42756 | | | | |
| Apr  4/2001 74499 | Lawyer: 30  0.30 Hrs X 125.00 TELEPHONE CALL TO/FROM ATTY KAUFFMAN | | | | 37.50 | 42756 | | | | |
| Apr  4/2001 74500 | Lawyer: 30  0.30 Hrs X 125.00 TELEPHONE CALL TO/FROM ATTY ALTLAND | | | | 37.50 | 42756 | | | | |
| Apr  5/2001 74501 | Lawyer: 2  0.20 Hrs X 175.00 TELEPHONE CALL TO/FROMCHRIS AT BAILY OFFICE RE: JT MANAGMENT AGREEMENT | | | | 35.00 | 42756 | | | | |
| Apr  9/2001 74502 | Lawyer: 30  0.50 Hrs X 125.00 DRAFT CASE MANAGEMENT PLAN | | | | 62.50 | 42756 | | | | |
| Apr 11/2001 42021 | Billing on Invoice 42354 FEES    1562.50 DISBS       10.25 | | | 0.00 | | 42354 | | | | |
| Apr 11/2001 177484 | SERRATELLI, SCHIFFMAN,  BROWN & CALHOON PAYMENT FROM TRUST/MARCH CHARGES | 14291 | | | | 44922 | 1 | | 1572.75 | 1999.75 |
| Apr 12/2001 187726 | UNITED PARCEL SERVICE INV# 0000F138V1131/ UNITED PARCEL SERVICE | 28498 | | 10.25 | | 42756 | | | | |
| Apr 12/2001 245788 | TRUST PMT - Client Paying BillGRAYBILL | | 1572.75 | | | | | | | |
| Apr 18/2001 74503 | Lawyer: 30  0.30 Hrs X 125.00 TELEPHONE CALL TO/FROM ATTY ALTLAND | | | | 37.50 | 42756 | | | | |
| Apr 18/2001 74504 | Lawyer: 30  0.30 Hrs X 125.00 REVIEW FAX FROM ATTY ALTLAND | | | | 37.50 | 42756 | | | | |
| Apr 23/2001 74505 | Lawyer: 2  0.50 Hrs X 175.00 REVIEWBRIEF | | | | 87.50 | 42756 | | | | |
| Apr 23/2001 74506 | Lawyer: 30  0.40 Hrs X 125.00 REVIEW PLAINTIFF'S REPLY BRIEF | | | | 50.00 | 42756 | | | | |
| Apr 23/2001 74507 | Lawyer: 30  0.70 Hrs X 125.00 OUTLINE REPLY BRIEF | | | | 87.50 | 42756 | | | | |
| Apr 24/2001 74508 | Lawyer: 2  0.50 Hrs X 175.00 PREPARATION OF NOTICE OF DEPOSITION | | | | 87.50 | 42756 | | | | |
| Apr 24/2001 74509 | Lawyer: 2  0.20 Hrs X 175.00 CORRESPONDENCE TO DON BAILEY | | | | 35.00 | 42756 | | | | |
| Apr 25/2001 74510 | Lawyer: 2  0.50 Hrs X 175.00 REVIEWJOINT CASE MANAGEMENT | | | | 87.50 | 42756 | | | | |
| Apr 25/2001 74511 | Lawyer: 2  0.50 Hrs X 175.00 REVIEWBRIEF OF DOWNY | | | | 87.50 | 42756 | | | | |
| Apr 26/2001 74512 | Lawyer: 30  0.30 Hrs X 125.00 LETTER TO ATTY BAILEY | | | | 37.50 | 42756 | | | | |
| Apr 27/2001 74513 | Lawyer: 30  1.50 Hrs X 125.00 DRAFT REPLY BRIEF | | | | 187.50 | 42756 | | | | |
| Apr 30/2001 74514 | Lawyer: 2  0.80 Hrs X 175.00 CONFERENCE WITHJUDGE RE: SCHEDULING | | | | 140.00 | 42756 | | | | |
| Apr 30/2001 74515 | Lawyer: 30  1.00 Hrs X 125.00 REVISE REPLY BRIEF | | | | 125.00 | 43088 | | | | |
| Apr 30/2001 74516 | Lawyer: 30  0.30 Hrs X 125.00 CONFERENCE CALL (CASE MANAGEMENT) | | | | 37.50 | 43088 | | | | |
| May  4/2001 42423 | Billing on Invoice 42756 FEES    1172.50 DISBS       10.25 | | | 0.00 | | 42756 | | | | |
| May  4/2001 177756 | SERRATELLI, SCHIFFMAN,  BROWN & CALHOON PAYMENT FROM TRUST/APRIL CHARGES | 14377 | | | | 44922 | 1 | | 1182.75 | 817.00 |
| May  7/2001 245791 | TRUST PMT - Client Paying BillGRAYBILL | | 1182.75 | | | | | | | |
| May 10/2001 187727 | UNITED PARCEL SERVICE INV# 0000F138V1181 / UPS CHARGES | 28689 | | 10.38 | | 43088 | | | | |
| Jun  4/2001 42755 | Billing on Invoice 43088 FEES     162.50 DISBS       10.38 | | | 0.00 | | 43088 | | | | |
| Jun  5/2001 178038 | SERRATELLI, SCHIFFMAN,  BROWN & CALHOON PAYMENT FROM TRUST/MAY CHARGES/43088 | 14464 | | | | 44922 | 1 | | 172.88 | 644.12 |
| Jun  6/2001 245794 | TRUST/GRAYBILL PMT - Client Paying BillGRAYBILL | | 172.88 | | | | | | | |
| Jun 25/2001 74517 | Lawyer: 30  0.50 Hrs X 125.00 DRAFT DISCOVERY REQUESTS | | | | 62.50 | 43593 | | | | |
| Jun 26/2001 74518 | Lawyer: 30  0.30 Hrs X 125.00 REVISE DISCOVERY REQUESTS | | | | 37.50 | 43954 | | | | |
| Jun 29/2001 74519 | Lawyer: 30  0.10 Hrs X 125.00 TELEPHONE CALL TO/FROM CLIENTS | | | | 12.50 | 43954 | | | | |

Jan  2/2003                                  SERRATELLI, SCHIFFMAN, BROWN & CALHOON, PC                                    Page 3
                                                          Client Ledger
                                                           ALL DATES

| Date | Received From/Paid To | Che# | | General | | Bld | | | Trust | |
|---|---|---|---|---|---|---|---|---|---|---|
| Entry# | Explanation | Rcpt# | Rcpts | Disbs | Fees | Inv# | Acc | Rcpts | Disbs | Balance |
| Jul 2/2001 | Billing on Invoice 43593 | | | 0.00 | | 43593 | | | | |
| 43260 | FEES    62.50 | | | | | | | | | |
| Jul 2/2001 | SERRATELLI, SCHIFFMAN, BROWN & CALHOON | 14546 | | | | 44922 | 1 | | 62.50 | 581.62 |
| 178322 | PAYMENT FROM TRUST/JUNE CHARGES/43593 | | | | | | | | | |
| Jul 3/2001 | TRUST/GRAYBILL | | | 62.50 | | | | | | |
| 245797 | PMT - Client Paying BillGRAYBILL/INV 43593 | | | | | | | | | |
| Jul 5/2001 | Lawyer: 2  0.60 Hrs X 175.00 | | | | 105.00 | 43954 | | | | |
| 74520 | meeting with clients prep for dep | | | | | | | | | |
| Jul 8/2001 | Lawyer: 2  2.00 Hrs X 175.00 | | | | 350.00 | 43954 | | | | |
| 74521 | PREPARE FOR DEPOSITION | | | | | | | | | |
| Jul 9/2001 | Lawyer: 2  6.00 Hrs X 175.00 | | | | 1050.00 | 43954 | | | | |
| 74522 | ATTEND DEPOSITION OF BEAM | | | | | | | | | |
| Jul 11/2001 | Lawyer: 2  6.00 Hrs X 175.00 | | | | 1050.00 | 43954 | | | | |
| 74523 | attend dep of clients | | | | | | | | | |
| Jul 19/2001 | Lawyer: 2  0.30 Hrs X 175.00 | | | | 52.50 | 43954 | | | | |
| 74524 | DRAFT LETTERBAILEY RE: DEPOSITIONS | | | | | | | | | |
| Jul 20/2001 | Lawyer: 2  0.50 Hrs X 125.00 | | | | 62.50 | 43954 | | | | |
| 74525 | REVIEW DEPOSITION TRANSCRIPTS | | | | | | | | | |
| Jul 26/2001 | Lawyer: 2  0.30 Hrs X 175.00 | | | | 52.50 | 43954 | | | | |
| 74526 | DRAFT LETTERDON BAILEY RE: DEPS SCHEDULE | | | | | | | | | |
| Jul 26/2001 | HUGHES, ALBRIGHT, FOLTZ & NATALE | 29141 | | 297.20 | | 43954 | | | | |
| 187728 | INV# 15251/FEE FOR DEPOSITION TRANSCRIPT/BEVERLY BEAM ON 7/9/01 | | | | | | | | | |
| Aug 2/2001 | HUGHES, ALBRIGHT, FOLTZ & NATALE | 29197 | | 635.55 | | 44453 | | | | |
| 187729 | INV# 15325/FEE FOR DEPO TRANSCRIPTS/SWEGER & GRAYBILL ON 7/11/01 | | | | | | | | | |
| Aug 3/2001 | Billing on Invoice 43954 | | | 0.00 | | 43954 | | | | |
| 43621 | FEES    2772.50 DISBS    297.20 | | | | | | | | | |
| Aug 3/2001 | SERRATELLI, SCHIFFMAN, BROWN & CALHOON | 14626 | | | | 44922 | 1 | | 581.62 | 0.00 |
| 178638 | PAYMENT FROM TRUST/JULY CHARGES/INV 43954 | | | | | | | | | |
| Aug 3/2001 | TRUST/GRAYBILL | | | 581.62 | | | | | | |
| 245800 | PMT - Client Paying BillGRAYBILL | | | | | | | | | |
| Aug 14/2001 | DAVID GRAYBILL | | | | | 44922 | 1 | 2000.00 | | 2000.00 |
| 178782 | ON ACCOUNT | | | | | | | | | |
| Aug 20/2001 | Lawyer: 30  0.40 Hrs X 125.00 | | | | 50.00 | 44453 | | | | |
| 74527 | REVIEW RESPONSES TO INTERROGATORIES | | | | | | | | | |
| Aug 20/2001 | SWEGERS BUS LINES | | | | | 44922 | 1 | 2000.00 | | 4000.00 |
| 178834 | ON ACCOUNT | | | | | | | | | |
| Aug 24/2001 | Lawyer: 2  0.20 Hrs X 175.00 | | | | 35.00 | 44453 | | | | |
| 74528 | TELEPHONE CALL TO/FROMDAN ALTLAND | | | | | | | | | |
| Aug 24/2001 | Lawyer: 2  0.20 Hrs X 175.00 | | | | 35.00 | 44453 | | | | |
| 74529 | DRAFT LETTERDON BAILY | | | | | | | | | |
| Sep 5/2001 | Billing on Invoice 44453 | | | 0.00 | | 44453 | | | | |
| 44120 | FEES    120.00 DISBS    635.55 | | | | | | | | | |
| Sep 5/2001 | Lawyer: 2  0.20 Hrs X 175.00 | | | | 35.00 | 44922 | | | | |
| 74530 | REVIEWMOTION FOR EXTENSION OF TIME | | | | | | | | | |
| Sep 5/2001 | Lawyer: 2  0.10 Hrs X 175.00 | | | | 17.50 | 44922 | | | | |
| 74531 | DRAFT LETTERCLIENTS RE: EXTENSION OF DISCOVERY | | | | | | | | | |
| Sep 5/2001 | SERRATELLI, SCHIFFMAN, BROWN & CALHOON | 14721 | | | | 44922 | 1 | | 3243.63 | 756.37 |
| 178936 | PAYMENT FROM TRUST/AUG CHARGES/INV 44453 | | | | | | | | | |
| Sep 5/2001 | TRUST/GRAYBILL | | | 3243.63 | | | | | | |
| 245803 | PMT - Client Paying BillGRAYBILL | | | | | | | | | |
| Sep 25/2001 | Lawyer: 2  1.00 Hrs X 175.00 | | | | 175.00 | 44922 | | | | |
| 341221 | REVIEW document production | | | | | | | | | |
| Sep 26/2001 | Lawyer: 30  0.40 Hrs X 125.00 | | | | 50.00 | 44922 | | | | |
| 342030 | REVIEW PRODUCTION OF DOCUMENTS BY PLAINTIFF | | | | | | | | | |
| Oct 8/2001 | Billing on Invoice 44922 | | | 0.00 | | 44922 | | | | |
| 342552 | FEES    277.50 | | | | | | | | | |
| Oct 8/2001 | SERRATELLI, SCHIFFMAN, BROWN & CALHOON | 14839 | | | | 45370 | 1 | | 277.50 | 478.87 |
| 342601 | PAYMENT FROM TRUST/INV 44922/SEPT CHARGES | | | | | | | | | |
| Oct 9/2001 | TRUST/GRAYBILL | 00410 | 227.50 | | | | | | | |
| 342763 | PMT - PAYMENT FROM TRUST | | | | | | | | | |
| Oct 9/2001 | TRUST/GRAYBILL | 00410 | 50.00 | | | | | | | |
| 342764 | PMT - PAYMENT FROM TRUST | | | | | | | | | |
| Oct 15/2001 | Lawyer: 2  5.00 Hrs X 175.00 | | | | 875.00 | 45370 | | | | |
| 343565 | ATTEND DEPOSITION OF ROGER MORRISON | | | | | | | | | |
| Nov 5/2001 | HUGHES, ALBRIGHT, FOLTZ & NATALE | 29802 | | 476.00 | | 45894 | | | | |
| 345974 | INV 16102/FEE FOR HRG TRANSCRIPTS/ROGER | | | | | | | | | |

Jan  2/2003                        SERRATELLI, SCHIFFMAN, BROWN & CALHOON, PC                         Page 4
                                                   Client Ledger
                                                    ALL DATES

| Date Entry# | Received From/Paid To Explanation | Che# Rcpt# | Rcpts | General Disbs | Fees | Bld Inv# | Acc | Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | MORRISON ON 10/15/01 | | | | | | | | | |
| Nov 6/2001 346269 | Billing on Invoice 45370 FEES    875.00 | | | 0.00 | | 45370 | | | | |
| Nov 9/2001 346860 | SERRATELLI, SCHIFFMAN, BROWN & CALHOON PAYMENT FROM TRUST/OCTOBER CHARGES/INV 45370 | 14978 | | | | 45894 | 1 | 478.87 | | 0.00 |
| Nov 13/2001 347116 | TRUST PMT - PAYMENT FROM TRUST/OCTOBER/INV 45370 | 00896 | 478.87 | | | | | | | |
| Nov 16/2001 347684 | Lawyer: 2  5.00 Hrs X 175.00 Graybill dep - | | | | 875.00 | 45894 | | | | |
| Nov 27/2001 348537 | DAVID GRAYBILL CHECK NUMBER 1735 / ON ACCOUNT | 00199 | | | | 45894 | 1 | 500.00 | | 500.00 |
| Dec 5/2001 349649 | SWEGERS BUS LINES, INC. CHECK NUMBER 4001 / ON ACCOUNT | 00230 | | | | 46285 | 1 | 500.00 | | 1000.00 |
| Dec 5/2001 349709 | STOCK & LEADER 1/3 OF DEPOSITION COSTS | 00237 | | | | 46285 | 1 | 370.52 | | 1370.52 |
| Dec 10/2001 350135 | Billing on Invoice 45894 FEES    875.00 DISBS    476.00 | | | 0.00 | | 45894 | | | | |
| Dec 19/2001 352316 | Lawyer: 30  7.00 Hrs X 125.00 ATTENDANCE AT DEPOSITIONS OF MARC BAUER, DR. GLENN ZEHNER AND MICHAEL MAUSNER | | | | 875.00 | 46285 | | | | |
| Dec 20/2001 351567 | HUGHES, ALBRIGHT, FOLTZ & NATALE INV 16510/FEE FOR DEP TRANCRIPT/SCOTT DOWNEY ON 11/16/01 | 30139 | | 533.95 | | 46285 | | | | |
| Dec 29/2001 352345 | Lawyer: 30  0.30 Hrs X 125.00 DRAFT MOTION TO STAY PROCEEDINGS | | | | 37.50 | 46285 | | | | |
| Jan 3/2002 352908 | Billing on Invoice 46285 FEES    912.50 DISBS    533.95 | | | 0.00 | | 46285 | | | | |
| Jan 3/2002 354014 | Lawyer: 30  0.30 Hrs X 125.00 TELEPHONE CALL FROM DAN ALTLAND, ESQ. | | | | 37.50 | 46829 | | | | |
| Jan 3/2002 354015 | Lawyer: 30  0.30 Hrs X 125.00 TELEPHONE CALL FROM STEVE RUSSELL, ESQ. | | | | 37.50 | 46829 | | | | |
| Jan 3/2002 354016 | Lawyer: 30  0.50 Hrs X 125.00 TELEPHONE CONFERENCE CALL WITH DON BAILEY AND JUDGE MCCLURE'S OFFICE | | | | 62.50 | 46829 | | | | |
| Jan 4/2002 353112 | SERRATELLI, SCHIFFMAN, BROWN & CALHOON DEC CHARGES/INV 46385 | 15181 | | | | 46829 | 1 | 1370.52 | | 0.00 |
| Jan 7/2002 354440 | Lawyer: 30  0.30 Hrs X 125.00 TELEPHONE CALL FROM MELINDA KAUFMAN, ESQ. | | | | 37.50 | 46829 | | | | |
| Jan 8/2002 353283 | TRUST PMT - DEC CHARGES/INV 46385 | 01678 | 396.13 | | | | | | | |
| Jan 8/2002 353284 | TRUST PMT - DEC CHARGES/INV 46385 | 01678 | 476.00 | | | | | | | |
| Jan 8/2002 353285 | TRUST PMT - DEC CHARGES/INV 46385 | 01678 | 498.39 | | | | | | | |
| Jan 14/2002 354990 | Lawyer: 30  0.30 Hrs X 125.00 TELEPHONE CALL TO MELINDA KAUFFMAN, ESQ. | | | | 37.50 | 46829 | | | | |
| Jan 15/2002 354200 | DAVID GRAYBILL PMT - CHECK NUMBER 1780 | 01810 | 376.61 | | | | | | | |
| Jan 15/2002 354201 | DAVID GRAYBILL PMT - CHECK NUMBER 1780 | 01810 | 533.95 | | | | | | | |
| Jan 15/2002 354202 | DAVID GRAYBILL PMT - CHECK NUMBER 1780 | 01810 | 89.44 | | | | | | | |
| Jan 17/2002 354646 | HUGHES, ALBRIGHT, FOLTZ & NATALE INV 16692/FEE FOR DEP TRANCRIPT/BAUER, ZEHNER & MAUSNER ON 12/19/01 | 30310 | | 640.68 | | 46829 | | | | |
| Jan 28/2002 356188 | Lawyer: 30  2.00 Hrs X 125.00 REVIEW DEPOSITION TRANSCRIPT OF BEV BEAM | | | | 250.00 | 46829 | | | | |
| Jan 29/2002 356199 | Lawyer: 30  0.30 Hrs X 125.00 REVISE MOTION TO STAY PROCEEDINGS | | | | 37.50 | 46829 | | | | |
| Jan 30/2002 355886 | SWEGER BUS LINES, INC. CHECK NUMBER 4056 / ON ACCOUNT | 00379 | | | | 46829 | 1 | 1000.00 | | 1000.00 |
| Jan 31/2002 356204 | Lawyer: 30  3.00 Hrs X 125.00 ATTENDANCE AT DEPOSITIONS OF MR. WAGONHURST AND MR. EBERLY | | | | 375.00 | 46829 | | | | |
| Feb 5/2002 356622 | Billing on Invoice 46829 FEES    875.00 DISBS    640.68 | | | 0.00 | | 46829 | | | | |
| Feb 5/2002 356841 | SERRATELLI, SCHIFFMAN, BROWN & CALHOON PAYMENT FROM TRUST/JAN/INV 46829 | 15289 | | | | 47313 | 1 | 1000.00 | | 0.00 |
| Feb 6/2002 | TRUST | 02189 | 640.68 | | | | | | | |

Client Ledger
ALL DATES

| Date | Entry# | Received From/Paid To / Explanation | Che#/Rcpt# | Rcpts | General Disbs | Fees | Bld Inv# | Acc | Trust Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 357028 | PMT - JAN CHARGES/INV 46829 | | | | | | | | | |
| Feb 6/2002 | | TRUST | 02189 | 359.32 | | | | | | | |
| | 357029 | PMT - JAN CHARGES/INV 46829 | | | | | | | | | |
| Feb 11/2002 | | Lawyer: 30  0.30 Hrs X 125.00 | | | | 37.50 | 47313 | | | | |
| | 359291 | TELEPHONE CALL TO JUDGE MCCLURE'S CHAMBERS | | | | | | | | | |
| Feb 13/2002 | | Lawyer: 30  0.30 Hrs X 125.00 | | | | 37.50 | 47313 | | | | |
| | 359500 | TELEPHONE CALL TO MELINDA KAUFFMAN, ESQ. | | | | | | | | | |
| Feb 28/2002 | | HUGHES, ALBRIGHT, FOLTZ & NATALE | 30594 | | 356.95 | | 47313 | | | | |
| | 359216 | INV 17046/FEE FOR DEP TRANCRIPTS/EBERLY & WAGONHURST ON 1/31/02 | | | | | | | | | |
| Mar 4/2002 | | Billing on Invoice 47313 | | | | 0.00 | 47313 | | | | |
| | 359848 | FEES    75.00 DISBS    356.95 | | | | | | | | | |
| Mar 15/2002 | | DAVID GRAYBILL | 02817 | 823.06 | | | | | | | |
| | 361303 | PMT - CHECK NUMBER 1829 | | | | | | | | | |
| Mar 15/2002 | | DAVID GRAYBILL | 02817 | 176.94 | | | | | | | |
| | 361304 | PMT - CHECK NUMBER 1829 | | | | | | | | | |
| Mar 20/2002 | | SWEGER BUS LINES | 00537 | | | | 48311 | 1 | 1000.00 | | 1000.00 |
| | 361841 | CHECK NUMBER 5068 / ON ACCOUNT | | | | | | | | | |
| Mar 20/2002 | | SERRATELLI, SCHIFFMAN, BROWN & CALHOON | 15474 | | | | 48311 | 1 | | 770.69 | 229.31 |
| | 361845 | PAYMENT FROM TRUST | | | | | | | | | |
| Mar 20/2002 | | TRUST | 02904 | 338.74 | | | | | | | |
| | 361876 | PMT - PAYMENT FROM TRUST | | | | | | | | | |
| Mar 20/2002 | | TRUST | 02904 | 356.95 | | | | | | | |
| | 361877 | PMT - PAYMENT FROM TRUST | | | | | | | | | |
| Mar 20/2002 | | TRUST | 02904 | 75.00 | | | | | | | |
| | 361878 | PMT - PAYMENT FROM TRUST | | | | | | | | | |
| Apr 19/2002 | | Lawyer: 30  0.30 Hrs X 125.00 | | | | 37.50 | 48311 | | | | |
| | 366114 | TELEPHONE CALL TO DAN ALTLAND, ESQ. | | | | | | | | | |
| Apr 24/2002 | | Lawyer: 30  0.30 Hrs X 125.00 | | | | 37.50 | 48311 | | | | |
| | 366144 | TELEPHONE CALL TO MELINDA KAUFFMAN, ESQ. | | | | | | | | | |
| Apr 24/2002 | | Lawyer: 30  0.60 Hrs X 125.00 | | | | 75.00 | 48311 | | | | |
| | 366145 | DRAFT & REVISE MOTION TO ENLARGE TIME AND PROPOSED ORDER | | | | | | | | | |
| Apr 24/2002 | | Lawyer: 30  0.30 Hrs X 125.00 | | | | 37.50 | 48311 | | | | |
| | 366150 | TELEPHONE CALL FROM JENNIFER YANKANICH, ESQ. | | | | | | | | | |

TOTAL ATTORNEY FEES    $11,357.50

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEVERLY BEAM | : | NO. 1:CV-01-0083 |
| Plaintiff | : | (Judge McClure) |
| vs. | : | |
| SCOTT DOWNEY, ROGER MORRISON, DAVID GRAYBILL AND MICHAEL SWEGER | : | CIVIL ACTION - LAW |
| Defendants | : | |

**VERIFICATION OF TIME RECORDS**

Under penalty of perjury and pursuant to 28 U.S.C. §17461, I Steven J. Schiffman, Esquire, swear that the time records attached to this Motion as Exhibit 1 are true and correct and reflect the time that was spent on this matter.

Respectfully submitted,

By: _____
STEVEN J. SCHIFFMAN, Esquire

Dated: 1/6/03

## CERTIFICATE OF SERVICE

I, Melanie L. Erb, Esquire, hereby certify that I have served a true and correct copy of the foregoing document by depositing such in the regular U.S. Mail, addressed as follows:

Don Bailey, Esquire
4311 N. Sixth Street
Harrisburg, PA 17110

P. Daniel Altland, Esquire
Mette, Evans & Woodside
3401 N. Front Street
Harrisburg, PA 17110

Stephen S. Russell, Esquire
Stock and Leader
Susquehanna Commerce Center East
6th Floor
221 W. Philadelphia Street
York, PA 17404

                                                                Melanie L. Erb, Esquire
                                                                Suite 201, 2080 Linglestown Road
                                                                Harrisburg, PA  17110
                                                                (717) 540-9170

Dated: January 6, 2003