*OFFICE OF THE CLERK*

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

(570) 207-5600  FAX (570) 207-5650

**MARY E. D'ANDREA**
*Clerk of Court*

*Divisional Offices*

Harrisburg:    (717) 221-3920
Williamsport:  (570) 323-6380

January 14, 2003

Don Bailey, Esq.
Steven J. Schiffman, Esq.
Melinda B. Kaufmann, Esq.
P. Daniel Altland, Esq.
Stephen S. Russell, Esq.

FILED
SCRANTON

JAN 1 4 2002

PER _____
DEPUTY CLERK

Re: Beam vs. Downey, et. al.
    Case 1:01-CV-0083 (Judge McClure)

Dear Counsel:

Under Rule 54(d), F.R.C.P. and Local Rules 54.3 and 54.4, taxation of costs have been requested by the defendants, David L Graybill and Michael A. Sweger. The required supporting documents have been received along with certification that other parties were provided with the required notice.

The plaintiff filed an appeal on April 16, 2002. This appeal shall stay any further activity by the Court on the Bill of Costs. Upon resolution of the appeal the Court will resume handling the request for taxation filed by the defendants.

Very truly yours,

MARY E. D'ANDREA, CLERK

by: _____
Deputy Clerk