OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| | FOR THE THIRD CIRCUIT | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | 21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4928 |

www.ca3.uscourts.gov

January 14, 2003

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA  17108

RE: Docket No. 02-2050
    Beam  vs. Downey
    D. C. CIV. No. 01-cv-00083

Dear Mrs. D'Andrea:

    Enclosed is a certified copy of the judgment in the above-entitled case(s), together with copy of the opinion. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

                      Very truly yours,
                        MARCIA M. WALDRON
                        Clerk

              By:  Carmella L. Wells
                   Case Manager

Enclosure
cc:
    Donald A. Bailey, Esq.
    Melinda B. Kaufmann, Esq.
    Stephen S. Russell, Esq.
    P. Daniel Altland, Esq.
    Steven J. Schiffman, Esq.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 02-2050

BEVERLY BEAM,
Appellant

v.

SCOTT DOWNEY; ROGER MORRISON;
DAVID L. GRAYBILL; MICHAEL SWEGER

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil No. 01-cv-00083)
District Court Judge: Honorable James F. McClure, Jr.

Submitted Pursuant to Third Circuit LAR 34.1(a)
on December 20, 2002
Before: NYGAARD, ALITO and RENDELL, Circuit Judges

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on December 20, 2002. On consideration whereof, it is now here

ORDERED and ADJUDGED by this Court that the Order of the District Court entered on April 10, 2002, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court. Costs taxed against the Appellant.

ATTEST:

*Kathleen Brown*
Acting Clerk

Dated: December 23, 2002

Page 2

<u>No. 02-2050</u>

Beam

  vs.

Downey

Costs taxed in favor of Appellees, Scott Downey and Roger Morrison as follows:
        Brief............................................$32.50
        Brief............................................$41.99
        Sales Tax....................................$4.47
        TOTAL.......................................<u>$78.96</u>

Costs taxed in favor of Appellees, David Graybill and Michael Sweger as follows:
        Brief............................................$91.43
        TOTAL.......................................<u>$91.43</u>

**Certified as a true copy and issued in lieu
of a formal mandate on January 14, 2003.**

**Teste:** *[signature]*

**Clerk, U.S. Court of Appeals for the Third Circuit.**

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 02-2050

BEVERLY BEAM,
        Appellant

v.

SCOTT DOWNEY; ROGER MORRISON;
DAVID L. GRAYBILL; MICHAEL SWEGER

FILED
HARRISBURG, PA
JAN 1 6 2003
MARY E. D'ANDREA, CLE[RK]
Per _____ Deputy Clerk

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil No. 01-cv-00083)
District Court Judge: Honorable James F. McClure, Jr.

Submitted Pursuant to Third Circuit LAR 34.1(a)
on December 20, 2002

Before: NYGAARD, ALITO and RENDELL, Circuit Judges

(Filed DEC 23 2002   )

OPINION OF THE COURT

RENDELL, Circuit Judge.

    Beverly Beam appeals from an order entered in the District Court on April 10, 2002, granting defendants' motions to dismiss her complaint pursuant to Fed. R. Civ. P. 12(b)(6). In that complaint, Beam alleges that the defendants infringed on her

constitutional rights of equal protection and substantive due process, and committed various state law and antitrust violations. The District Court had jurisdiction under 28 U.S.C. §§ 1331, 1343, and 1367. We exercise jurisdiction pursuant to 28 U.S.C. § 1291, and will affirm.

As we write solely for the parties, we need not detail the factual background of this litigation. On appeal, Beam most prominently argues that the District Court abused its discretion in failing to convert the motions to dismiss to motions for summary judgment, and committed legal error in dismissing Beam's equal protection claims. Beam's arguments are meritless. After careful review, we agree that Beam's complaint failed to state a claim upon which relief can be granted, and will affirm for substantially the reasons set forth in the Memorandum filed by the District Court.

The order of the District Court will be AFFIRMED.

_____

TO THE CLERK OF COURT:

    Please file the foregoing opinion.

                                                                           _____

                                                                           Circuit Judge

Dated:

3