**STOCK AND LEADER**
Susquehanna Commerce Center
East Building - 6th Floor
221 W. Philadelphia Street                                                                  Phone: (717) 846-9800
York, Pennsylvania 17404                                                                        Fax: (717) 843-6134

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEVERLY BEAM,<br>        Plaintiff | :<br>:<br>: |
| v. | :   CIVIL ACTION NO.<br>:   NO.: 1:CV-01-0083<br>: |
| SCOTT DOWNEY,<br>ROGER MORRISON,<br>DAVID GRAYBILL<br>and MICHAEL SWEGER<br>        Defendants | :<br>:<br>:<br>:<br>: |

### BILL OF COSTS

Judgment having been entered in the above titled action on April 10, 2002, against Beverly Beam, the clerk is requested to tax the following costs:

| | |
|---|---|
| Fees of the clerk | $ -0- |
| Fees for Service of summons and complaint | $ -0- |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ -0- |
| Fees and disbursements for printing ($.10 x ___ pp.) | $ -0- |

1

| | |
|---|---|
| Fees for witnesses (itemized on reverse side) | $ -0- |
| Fees for exemplification and copies of papers necessarily obtained for use in case | $ -0- |
| Docket feels under 28 U.S.C. § 1923 | $ -0- |
| Costs incident to taking of depositions | $2,426,84 |
| Costs as shown on Mandate of Court of Appeals | $ -0- |
| Other costs (please itemize) | $ -0- |
| Total | $2,426.84 |

SPECIAL NOTE: Attached to your bill an itemization and documentation for requested costs in categories. Briefs should also be submitted to support the necessity of requested costs and citing cases supporting taxation of those costs.

---
### DECLARATION
---

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

SIGNATURE OF ATTORNEY  *Stephen S. Russell*
Stephen S. Russell, Esquire

FOR: ___SCOTT DOWNEY___          DATE: Jan. 20, 2003
   Name of Claiming Party

2

| | |
|---|---|
| Please take notice that I will appear before the clerk who will tax said costs on the following day and time: | DATE AND TIME |
| Costs are hereby taxed in the following amount and included in the judgment: | AMOUNT TAXED<br>$ |
| CLERK OF COURT     (BY) DEPUTY CLERK | DATE |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEVERLY BEAM,<br>          **Plaintiff** | :<br>:<br>: |
| v. | :   CIVIL ACTION NO.<br>:   NO.: 1:CV-01-0083<br>: |
| SCOTT DOWNEY,<br>ROGER MORRISON,<br>DAVID GRAYBILL<br>and MICHAEL SWEGER<br>          **Defendants** | :<br>:<br>:<br>:<br>:<br>: |

## ITEMIZATION OF DEPOSITION COSTS

| | |
|---|---|
| Deposition of Beverly Beam (7/9/01) | $ 446.55 |
| Depositions of Michael Sweger and David Graybill (7/11/01) | $ 424.80 |
| Deposition of Roger Morrison (10/15/01) | $ 317.37 |
| Deposition of Scott Downey (11/16/01) | $ 355.13 |
| Depositions of Marc A. Bauer, Glenn W. Zehner and Michael Mausner (12/19/01) | $ 644.63 |
| Depositions of Lawrence Eberly and Arland Wagonhurst (1/31/02) | $ 238.36 |
| **TOTAL COST OF DEPOSITIONS** | **$2,426.84** |

# Hughes, Albright, Foltz & Natale Reporting Service, Inc.

2080 LINGLESTOWN ROAD, SUITE 103 * HARRISBURG, PA 17110
Harrisburg 717-540-0220   Fax 717-540-0221   Lancaster 717-393-5101

TO:  Stephen S. Russell, Esquire
     Stock and Leader, P.C.
     35 South Duke St., PO Box 5167
     York, PA  17405-5167
     717-846-9800

RE:  Beam V Downey, et al.
     USDC/Middle Dist. of PA
     No. 1:CV-01-0083

IRS NUMBER   23-2345714

INVOICE NUMBER:  15250

DATE: July 19, 2001

TERMS: NET 30 DAYS

REPORTER:   RDE

Please enclose copy with your payment.
Show our invoice number on your check.

| Description | Amount |
|---|---:|
| Video Deposition of Beverly Beam held July 9, 2001 at Serratelli, Schiffman, et al., 2080 Linglestown Road, Harrisburg, PA | |
| Attendance of Reporter - No Charge | |
| 157 pp of testimony @ $2.80 | 439.60 |
| 07 pp of exhibits @ $.25 | 1.75 |
| Postage | 5.20 |
| *** Thank You *** | |
| TOTAL | $446.55 |

*Please pay promptly*

FILE COPY


### STOCK and LEADER
ATTORNEYS AT LAW • A PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| J. Ross McGinnis<br>William H. Neff, Jr.<br>D. Reed Anderson<br>William C. Gierasch, Jr.<br>W. Bruce Wallace<br>Michael W. King<br>Timothy P. Ruth<br>Stephen S. Russell<br><br>McClean Stock<br>(1881-1962) | 35 South Duke Street<br>Post Office Box 5167<br>York, Pennsylvania 17405-5167<br>Phone 717-846-9800<br>Fax 717-843-6134<br>E-mail sllaw@sl-law.com | Jane H. Schussler<br>Robert L. Lloyd, Jr.<br>Steven M. Hovis<br>Jody N. Anderson*<br>Neil A. Slenker<br>Melinda B. Kaufmann<br>David A. Jones, II<br>Frank A. Nardo, Jr.<br>*also admitted in Maryland<br><br>Of Counsel<br>Henry B. Leader<br>Raymond L. Hovis<br>Byron L. LeCates<br>Marietta H. Barbour |

July 24, 2001

WRITER'S DIRECT DIAL:
**(717) 849-4109**

John Doherty, Senior Examiner
NETWORK ADJUSTERS, INC.
306 Walnut Street
Philadelphia, PA 19106

    RE:    **Beverly Beam v. Scott Downey, Roger Morrison, David Graybill and Michael Sweger**
            U.S.D.C. Middle District of PA Civil Action No. 1: CV-01-0083

Dear John:

    In accordance with your guidelines, I am enclosing for payment an invoice totaling $446.55 from HUGES, ALBRIGHT, FOLTZ & NATALE REPORTING SERVICE, INC. for transcription of depositions in the above matter.

    Please feel free to contact me if you have any questions. Thank you for your assistance in this matter.

                                       Very truly yours,

                                       STOCK & LEADER, P.C.

                                       Mary Galiardi
                                       Legal Assistant to Stephen S. Russell

cc:    Dr. Marc A. Bauer, Asst. Executive Director

\mcg
F:\USERS\SCHOOL\CAPITAL.IU\L-NETWOR.1

# Hughes, Albright, Foltz & Natale
## Reporting Service, Inc.

2080 LINGLESTOWN ROAD, SUITE 103 * HARRISBURG, PA 17110
Harrisburg 717-540-0220   Fax 717-540-0221   Lancaster 717-393-5101

JUL 27

**TO:** Stephen S. Russell, Esquire
Stock and Leader, P.C.
35 South Duke St., PO Box 5167
York, PA 17405-5167
717-846-9800

**RE:** Beam V Downey, et al.
USDC/Middle Dist. of PA
No. 1:CV-01-0083

**IRS NUMBER** 23-2345714

**INVOICE NUMBER:** 15326

**DATE:** July 26, 2001

**TERMS: NET 30 DAYS**

**REPORTER:** RDE

Please enclose copy with your payment.
Show our invoice number on your check.

| | |
|---|---:|
| Video Depositions of Michael Sweger and David Graybill held July 11, 2001 at 2080 Linglestown Road, Ste. 201 Harrisburg, PA | |
| 125 pp of testimony @ $1.85 [Graybill] | 231.25 |
| 101 pp of testimony @ $1.85 [Sweger] | 186.85 |
| 11 pp of exhibits @ $.25 | 2.75 |
| Postage | 3.95 |
| *** Thank you *** | |
| **TOTAL** | **$424.80** |

*ise pay promptly*

STOCK AND LEADER

**55882**

H1010   HUGHES ALBRIGHT FOLTZ &

055882

64213 143490-1          8/16/01           424.80              424.80              .00
    Ref: Capital Area IU
Transcription services for depositions held on
7/  '01

Mary

Check Total                                              424.80

SFMS01328-1
Safeguard  LITHO USA   SFSL2  CK7S08112L (1/99)
REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422
H180HX0010000 L99SF037490

File

# Hughes, Albright, Foltz & Natale
# Reporting Service, Inc.

2080 LINGLESTOWN ROAD, SUITE 103 * HARRISBURG, PA 17110
Harrisburg 717-540-0220  Fax 717-540-0221  Lancaster 717-393-5101

**TO:** Stephen S. Russell, Esquire
Stock and Leader, P.C.
35 South Duke St., PO Box 5167
York, PA  17405-5167
717-846-9800

**RE:** Beam V Downey, et al.
USDC/Middle Dist. of PA
No. 1:CV-01-0083

**IRS NUMBER**   23-2345714

**INVOICE NUMBER:** 16104

**DATE:** October 31, 2001

**TERMS: NET 30 DAYS**

**REPORTER:**   RDE

Please enclose copy with your payment.
Show our invoice number on your check.

| | |
|---|---:|
| Video Deposition of Roger D. Morrison held October 15, 2001 at the Law Office of Don Bailey, 4311 North 6th Street, Harrisburg, PA | |
| 170 pp of testimony @ $1.85 | 314.50 |
| Postage | 2.87 |
| *** Thank You *** | |

*Please pay promptly*   TOTAL   **$317.37**

STOCK AND LEADER                                                              **57466**

              H1010    HUGHES ALBRIGHT FOLTZ &                                057466

65879 143490-1           11/26/01           317.37           317.37              .00
    Ref: Capital Area IU
Video Deposition of Roger Morrison held on
10/15/01

Mary




Check Total                                                 317.37


SFMS01328-1                REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422           H186TD0010000  L99SF037490
Safeguard  LITHO USA  SFSL2  CK7S08112L (2/01)

# Hughes, Albright, Foltz & Natale
## Reporting Service, Inc.

2080 LINGLESTOWN ROAD, SUITE 103 * HARRISBURG, PA 17110
Harrisburg 717-540-0220  Fax 717-540-0221  Lancaster 717-393-5101

| | | |
|---|---|---|
| **TO:** | Stephen S. Russell, Esquire<br>Stock and Leader, P.C.<br>35 South Duke St., PO Box 5167<br>York, PA  17405-5167<br>717-846-9800 | **IRS NUMBER**   23-2345714<br><br>**INVOICE NUMBER:**  16511<br><br>**DATE:** December 14, 2001 |
| **RE:** | Beam V Downey, et al.<br>USDC/Middle Dist. of PA<br>No. 1:CV-01-0083 | **TERMS: NET 30 DAYS**<br><br>**REPORTER:**    RDE |

**Please enclose copy with your payment.**
**Show our invoice number on your check.**

---

Video Deposition of Scott Downey held November 16, 2001 at

Serratelli, Schiffman, et al., 2080 Linglestown Road,

Harrisburg, PA

.

181 pp of testimony @ $1.95                                                    352.95

Postage                                                                        2.18

*** Thank You ***


*Please pay promptly*                      TOTAL                       $355.13

STOCK AND LEADER                                                            **58240**

    H1010   HUGHES ALBRIGHT FOLTZ &                              058240

66780 143490-1           1/15/02            355.13           355.13            .00
   Ref: Capital Area IU
Video Deposition of Scott Downey 11-16-01

Mary


Check Total                                              355.13

SFMS01328-1                REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422                H186TD0010000  L99SF037490
Safeguard  LITHO USA  SFSL2 OK7808112L (2/01)

# Hughes, Albright, Foltz & Natale Reporting Service, Inc.

2080 LINGLESTOWN ROAD, SUITE 103 * HARRISBURG, PA 17110
Harrisburg 717-540-0220  Fax 717-540-0221  Lancaster 717-393-5101

**TO:** Stephen S. Russell, Esquire
Stock and Leader, P.C.
35 South Duke St., PO Box 5167
York, PA  17405-5167
717-846-9800

**RE:** Beam V Downey, et al.
USDC/ Middle Dist. of PA
No. 1:CV-01-0083

IRS NUMBER   23-2345714

INVOICE NUMBER:  16693

DATE: January 14, 2002

TERMS: NET 30 DAYS

REPORTER:   PS

Please enclose copy with your payment.
Show our invoice number on your check.

---

Depositions of Marc A. Bauer, Glenn W. Zehner, and Michael Mausner held December 19, 2001 at Serratelli, Schiffman, et al., 2080 Linglestown Rd., Harrisburg, PA

| | |
|---|---:|
| 149 pp of testimony @ $2.28 [Bauer] | 339.72 |
| 67 pp of testimony @ $2.28 [Zehner] | 152.76 |
| 65 pp of testimony @ $2.28 [Mausner] | 148.20 |
| Postage | 3.95 |

*** Thank You ***

*Please pay promptly*      TOTAL      $644.63

JAN 1 5 2002

STOCK AND LEADER                                                                58304

    H1010   HUGHES ALBRIGHT FOLTZ &                                    058304

66850 143490-1          1/21/02           644.63           644.63              .00
    Ref: Capital Area IU
Depositions 12/19/01 of Marc A. Bauer, Glenn W.
Zehner and Michael Mausner

Mary




Check Total                                              644.63

SFMS01328-1          REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422          H186TD0010000 L99SF037490
Safeguard  LITHO USA  SFSL2  CK/S0611L (2-01)

# Hughes, Albright, Foltz & Natale
## Reporting Service, Inc.

FILE COPY

2080 LINGLESTOWN ROAD, SUITE 103 * HARRISBURG, PA 17110
Harrisburg 717-540-0220  Fax 717-540-0221  Lancaster 717-393-5101

**TO:** Stephen S. Russell, Esquire
Stock and Leader, P.C.
35 South Duke St., PO Box 5167
York, PA 17405-5167
717-846-9800

**RE:** Beam V Downey, et al.
USDC/Middle Dist. of PA
No. 1:CV-01-0083

**IRS NUMBER** 23-2345714

**INVOICE NUMBER:** 17048

**DATE:** February 21, 2002

**TERMS: NET 30 DAYS**

**REPORTER:** RDE

Please enclose copy with your payment.
Show our invoice number on your check.

| Description | Amount |
|---|---:|
| Video Depositions of Lawrence Eberly and Arland Wagonhurst held January 31, 2002 at the Law Offices of Don Bailey, 4311 N. 6th Street, Harrisburg, PA | |
| 87 pp of testimony @ $1.95 [Wagonhurst] | 169.65 |
| 34 pp of testimony @ $1.95 [Eberly] | 66.30 |
| Postage | 2.41 |
| *** Thank you *** | |
| **TOTAL** | **$238.36** |

*Please pay promptly*

STOCK AND LEADER                                                                59067

    H1010   HUGHES ALBRIGHT FOLTZ &                              059067

67802 143490-1          3/13/02           238.36          238.36           .00
    Ref: Capital Area IU
Transcripts of Video Depositions of Lawrence
Eberly and Arland Wagonhurst




Check Total                                       238.36

SFMS01328-1          REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422          H18BZW0010000 L99SF037490
Safeguard

STOCK AND LEADER
Susquehanna Commerce Center East
6th Floor
221 W. Philadelphia Street                                          Phone: (717) 846-9800
York, Pennsylvania 17404                                            Fax:  (717) 843-6134

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BEVERLY BEAM,                         :
       Plaintiff             :
                                      :
v.                                    :   CIVIL ACTION NO.
                                      :   NO.: 1:CV-01-0083
                                      :
SCOTT DOWNEY,                         :
ROGER MORRISON,                       :
DAVID GRAYBILL                        :
and MICHAEL SWEGER                    :
       Defendants            :

## CERTIFICATE OF SERVICE

**AND NOW**, this 20th day of January, 2003, I, Stephen S. Russell, Esquire, of the law firm of Stock and Leader, attorneys for the Defendant, hereby certify that I served the foregoing BILL OF COSTS this day by depositing the same in the United States first-class mail, postage prepaid, in York, Pennsylvania, addressed to:

Don Bailey, Esquire                       Steven J. Schiffman, Esquire
4311 N. 6th Street                        2080 Linglestown Road
Harrisburg, PA 17110                      Harrisburg, PA 17110

P. Daniel Altland, Esquire
3401 N. Front Street
Harrisburg, PA 17110

                        STOCK AND LEADER

                By: _____
                      Stephen S. Russell, Esquire
                      I.D. # 17102
                      Susquehanna Commerce Center East
                      221 W. Philadelphia Street, 6th Floor
                      York, PA 17404
                      Telephone: (717) 846-9800