IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BEVERLY BEAM** | : | NO. 1:CV-01-0083 |
| **Plaintiff** | : | |
| vs. | : | |
| | : | CIVIL ACTION - LAW |
| SCOTT DOWNEY, ROGER MORRISON, DAVID GRAYBILL AND MICHAEL SWEGER | : | JURY TRIAL DEMANDED |
| **Defendants** | : | |

**TO THE CLERK OF COURTS:**

Attached hereto please find Affidavits in support of Defendants Graybill and Sweger's application for attorney's fees under the above-captioned matter.

SERRATELLI, SCHIFFMAN, BROWN
& CALHOON, PC

By: _____
Steven J. Schiffman, Esquire
I.D. No.: 25488
Melanie L. Erb, Esquire
I.D. No.: 84445
Suite 201, 2080 Linglestown Road
Harrisburg, PA 17101
(717) 540-9170
Attorneys for Defendants David Graybill
  And Michael Sweger

Dated: 1/22/03

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEVERLY BEAM | : | NO. 1:CV-01-0083 |
| Plaintiff | : | |
| vs. | : | |
| | : | CIVIL ACTION - LAW |
| SCOTT DOWNEY, ROGER MORRISON, DAVID GRAYBILL AND MICHAEL SWEGER | : | JURY TRIAL DEMANDED |
| Defendants | : | |

## AFFIDAVIT OF DEBRA K. WALLET

1. Under penalty of perjury and pursuant to 28 USC §1746, I state and depose as follows:

2. I have been engaged in the private practice of law for over twenty years in the Harrisburg, Pennsylvania area and the Middle District of Pennsylvania.

3. My practice and that of my firm involve, among other areas, civil litigation, and civil rights litigation in particular.

4. In the course of my career, I have come to know Melanie L. Erb, Esquire, and I am familiar with her experience, skill, and reputation. I am furthermore familiar with these factors as they relate to her civil litigation and civil rights practice.

5. Based upon my familiarity with Ms. Erb and my knowledge of her reputation in the legal community, I state that her legal experience and talent are exceptionally high and that her reputation in the community is excellent.

6. I believe that in this community, an hourly billing rate of $125.00 per hour is reasonable and within prevailing community standards for lawyers with Ms. Erb's experience and ability.

RESPECTFULLY SUBMITTED,

By: _____

Dated: 1/22/03

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEVERLY BEAM | : | NO. 1:CV-01-0083 |
| Plaintiff | : | |
| vs. | : | |
| | : | CIVIL ACTION - LAW |
| SCOTT DOWNEY, ROGER MORRISON, DAVID GRAYBILL AND MICHAEL SWEGER | : | JURY TRIAL DEMANDED |
| Defendants | : | |

## AFFIDAVIT OF
## DEBRA K. WALLET

1.  Under penalty of perjury and pursuant to 28 USC §1746, I state and depose as follows:

2.  I have been engaged in the private practice of law for over twenty years in the Harrisburg, Pennsylvania area and the Middle District of Pennsylvania.

3.  My practice and that of my firm involve, among other areas, civil litigation for Defendants, and civil rights litigation in particular.

4.    In the course of my career, I have come to know Steven J. Schiffman, Esquire, and I am familiar with his experience, skill, and reputation. I am furthermore familiar with these factors as they relate to his civil litigation and civil rights practice.

5.    Based upon my familiarity with Mr. Schiffman and my knowledge of his reputation in the legal community, I state that his legal experience and talent are exceptionally high and that his reputation in the community is excellent.

6.    I believe that in this community, an hourly billing rate of $175.00 per hour is reasonable and within prevailing community standards for lawyers with Mr. Schiffman's experience and ability.

RESPECTFULLY SUBMITTED,

By: _Debra K. Wallet_

Dated: 1/22/03

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BEVERLY BEAM** | : | NO. 1:CV-01-0083 |
| Plaintiff | : | |
| vs. | : | |
| | : | CIVIL ACTION - LAW |
| **SCOTT DOWNEY, ROGER MORRISON, DAVID GRAYBILL AND MICHAEL SWEGER** | : | JURY TRIAL DEMANDED |
| Defendants | : | |

### AFFIDAVIT OF DANIEL STERN

1. Under penalty of perjury and pursuant to 28 USC §1746, I state and depose as follows:

2. I have been engaged in the private practice of law for over twenty years in the Harrisburg, Pennsylvania area and the Middle District of Pennsylvania.

3. My practice and that of my firm involve, among other areas, civil litigation.

4. In the course of my career, I have come to know Steven J. Schiffman, Esquire, and I am familiar with his experience, skill, and reputation. I am furthermore familiar with these factors as they relate to his civil litigation and civil rights practice.

5. Based upon my familiarity with Mr. Schiffman and my knowledge of his reputation in the legal community, I state that his legal experience and talent are exceptionally high and that his reputation in the community is excellent.

6. I believe that in this community, an hourly billing rate of $175.00 per hour is reasonable and within prevailing community standards for lawyers with Mr. Schiffman's experience and ability.

RESPECTFULLY SUBMITTED,

By: _____
    Daniel Stern

Dated: 1/22/03

## CERTIFICATE OF SERVICE

I, Steven J. Schiffman, Esquire, hereby certify that I have served a true and correct copy of the foregoing document by depositing such in the regular U.S. Mail, addressed as follows:

Don Bailey, Esquire
4311 N. Sixth Street
Harrisburg, PA 17110

P. Daniel Altland, Esquire
Mette, Evans & Woodside
3401 N. Front Street
Harrisburg, PA 17110

Stephen S. Russell, Esquire
Stock and Leader
Susquehanna Commerce Center East
6th Floor
221 W. Philadelphia Street
York, PA 17404

Steven J. Schiffman, Esquire
Suite 201, 2080 Linglestown Road
Harrisburg, PA  17110
(717) 540-9170

Dated: January 22, 2003