OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT of PENNSYLVANIA
*William J. Nealon Federal Bldg. & U.S. Courthouse*
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

**MARY E. D'ANDREA**
*Clerk of Court*

(570) 207-5600  FAX (570) 207-5650

*Divisional Offices*

Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380

January 22, 2003

Don Bailey, Esq.
Steven J. Schiffman, Esq.
Melinda B. Kaufmann, Esq.
P. Daniel Altland, Esq.
Stephen S. Russell, Esq.

    Re: <u>Beam vs. Downey, et. al.</u>
        Case 1:01-CV-0083 (Judge McClure)

Dear Counsel:

    Under Rule 54(d), F.R.C.P. and Local Rules 54.3 and 54.4, taxation of costs have been requested by the defendant, Scott Downey. The required supporting documents have been received along with certification that other parties were provided with the required notice.

    This letter is to advise you that objections to the defendant's bill of costs may be filed with the Clerk of Court on or before January 30, 2003. Absent objections by that time, costs will be taxed as soon as practical in accordance with 28 U.S.C. § 1920 and the Local Rules of Court.

    Very truly yours,

    MARY E. D'ANDREA, CLERK

By: *[signature]*
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

January 22, 2003

Re:  1:01-cv-00083   Beam v. Downey

True and correct copies of the attached were mailed by the clerk to the following:

Don Bailey, Esq.
4311 N. 6th St.
Harrisburg, PA  17110

Melinda B. Kaufmann, Esq.
Stock & Leader
Susquehanna Commerce Center
East Building, 6th Floor
221 W. Philadelphia Street
York, PA  17404

Stephen S. Russell, Esq.
Stock & Leader
Susquehanna Commerce Center
East Building, 6th Floor
221 W. Philadelphia Street
York, PA  17404

Steven J. Schiffman, Esq.
Serratelli, Schiffman, Brown, & Calhoon, P.C.
Suite 201
2080 Linglestown Road
Harrisburg, PA  17110

P. Daniel Altland, Esq.
Mette, Evans & Woodside
P.O. Box 5950
3401 North Front St.
Harrisburg, PA  17110-0950

Steven Jay Schiffman, Esq.
Serratelli Schiffman Brown & Calhoon, P.C.
2080 Linglestown Road
Suite 201
Harrisburg, PA  17101

```
cc:
Judge                          ( )              ( ) Pro Se Law Clerk
Magistrate Judge               ( )              ( ) INS
U.S. Marshal                   ( )              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )   with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )   with Petition attached & mailed certified mail
                                     to:  US Atty Gen    ( )   PA Atty Gen ( )
                                          DA of County   ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____( )
                                                    MARY E. D'ANDREA, Clerk


DATE:  _____1/22/03_____                     BY:  _____RP_____
                                                    Deputy Clerk
```