JUDGE'S COPY

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEVERLY BEAM | ) | NO: 1:CV-01-0083 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | (Judge McClure) |
| | ) | |
| SCOTT DOWNEY, ROGER | ) | |
| MORRISON, DAVID | ) | |
| GRAYBILL AND MICHAEL | ) | |
| SWEGER, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants | ) | |

FILED
HARRISBURG, PA
JAN 2 4 2003
MARY E. D'ANDREA, CLERK
_____
Deputy Clerk

## OBJECTIONS TO THE TAXATION OF COSTS

1.) On or about January 6, 2003 the defendant Graybill and Sweger submitted a taxation of costs in the amount of $2,940.33.

2.) The computation of costs totals $2,940.33.

3.) The costs requested are not supported by invoices, receipts, or any other documentation, which would permit plaintiff to verify or compute the costs such as pay rate, attendance fees, per page rate etc.

4.) Due to the lack of documentation it is impossible for plaintiff to evaluate or verify the costs since plaintiff used a different court reporter.

5.) The underlying case and cause have not been tried and are pending in a different cause of action before a different judge and that taxation of costs here would be unjust.

**WHEREFORE** plaintiff objects to the taxation of costs in this matter.

Respectfully Submitted,
BAILEY STRETTON & OSTROWSKI

_____
Don Bailey Esquire
4311 N. 6th Street
Harrisburg, Pa 17110
(717) 221-9500

## CERTIFICATE OF SERVICE

I, Don Bailey Jo hereby certify that on this *24TH day of January 2003* I served a true and correct copy of *PLAINTIFF'S OBJECTIONS TO TAXATION OF COSTS* to the attorney below by First class-postage prepaid mail:

P. DANIEL ALTLAND
METTE EVANS
3401 N. FRONT STREET
HARRISBURG, PA 17110

STEPHEN RUSSELL ESQUIRE
STOCK & LEADER
SUSQUEHANNA COMMERCE CENTER EAST
6TH FLOOR, 221 W. PHILADELPHIA ST.
YORK, PA 17404

MELANIE ERB, ESQUIRE
SUITE 201, LINGLESTOWN ROAD
HARRISBURG, PA 17110

RESPECTFULLY SUBMITTED,

**BAILEY STRETTON & OSTROWSKI**

DON BAILEY, ESQUIRE
4311 N. 6th Street
Harrisburg, PA 17110
(717) 221-9500