IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEVERLY BEAM | ) | NO: 1:CV-01-0083 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | (Judge McClure) |
| | ) | |
| SCOTT DOWNEY, ROGER | ) | |
| MORRISON, DAVID | ) | |
| GRAYBILL AND MICHAEL | ) | |
| SWEGER, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants | ) | |

### PLAINTIFF'S OBJECTION TO SCOTT DOWNEY'S TAXATION OF COSTS

1.) On or about January 20, 2003, the defendants Scott Downey submitted a taxation of costs in the amount of $2,426.84 for alleged costs relating to the defense of Mr. Downey in the action above.

2.) The taxation requests indicate that the deposition costs were singly borne by the defendants, yet the figures submitted in related attorney's fees petitions appear to indicate shared costs.

3.) Plaintiff is concerned she is paying twice for a deposition cost that the defendants Downey, Morrison, and Graybill and Sweger, according to documents with their attorney's fees petition, seem to have spilt 3 ways.

4.) Plaintiffs object that as a matter of law this matter has not ended and is in fact before this Court in a new lawsuit (02-1797) as a result of the Honorable James F. McClure dismissing the previous action without prejudice and before the statute of limitations had expired.

**WHEREFORE** plaintiff objects to the taxation of costs by Mr. Scott Downey.

Respectfully Submitted,

Don Bailey PAID# 23786
4311 N. 6th Street
Harrisburg, PA 17110
(717) 221-9500

## **CERTIFICATE OF SERVICE**

I, Don Bailey do hereby certify that on this **30TH *day of January***

***2003*** I served a true and correct copy of ***PLAINTIFF'S OBJECTION TO***

***TAXATION OF COSTS*** to the attorney below by First class-postage

prepaid mail:

        STEVEN J. SCHIFFMAN ESQUIRE
        2080 LINGLESTOWN ROAD
        HARRISBURG, PA 17110

        STOCK & LEADER
        STEPHEN RUSSELL ESQUIRE
        6TH FLOOR
        221 W. PHILADELPHIA STREET
        PHILADELPHIA, PA 17404

        P. DANIEL ALTLAND ESQUIRE
        3401 N.FRONT STREET
        HARRISBURG, PA 17110

        RESPECTFULLY SUBMITTED,

        **BAILEY STRETTON & OSTROWSKI**

        DON BAILEY, ESQUIRE
        4311 N. 6th Street
        Harrisburg, PA 17110
        (717) 221-9500