# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEVERLY BEAM, | CIVIL ACTION LAW |
| Plaintiff | |
| vs. | NO. 1:CV-01-0083 |
| SCOTT DOWNEY, ROGER MORRISON, DAVID GRAYBILL AND MICHAEL SWEGER, | (JUDGE MCCLURE) |
| Defendants | |

FILED
HARRISBURG
FEB 0 6 20
MARY E. D'ANDREA
Per _____

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE DEFENDANTS DOWNEY, SWEGER AND GRAYBILL'S MOTION FOR ATTORNEYS FEES

1.) On or about February 7, 2003 plaintiffs Brief in Opposition would be due.

2.) Plaintiff's counsel has been in trial in Wilkes Barre in front of the Honorable Albert Caputo for the last week and is unable to adequately prepare an answer in response to Defendants Motion for Attorneys Fees.

3.) Counsel is requesting a 10-day enlargement of time to respond to Defendants Motions for Attorneys Fees.

4.) Opposing counsel was contacted and he concurs with this request.

**WHEREFORE** this Court is respectfully requested to grant the plaintiff a ten-day enlargement of time to respond to the Defendant Motion for Attorney Fees in the above captioned matter.

RESPECTFULLY SUBMITTED,

**BAILEY STRETTON & OSTROWSKI**

_____
Don Bailey, Esquire
4311 N. 6th Street
Harrisburg, PA 17110
(717) 221-9500

## **CERTIFICATE OF CONCURRENCE**

I, Don Bailey do hereby state that I contacted opposing counsel and requested their concurrence with this motion. Counsel graciously concurs in this motion.

BAILEY STRETTON & OSTROWSKI

_____
DON BAILEY ESQUIRE
4311 N. 6th Street
Harrisburg, PA 17110
(717) 221-9500

## CERTIFICATE OF SERVICE

I, Don Bailey do hereby state that I served on this 5th day of February 2003 a copy of **ENLARGMENT OF TIME** by U.S. Mail first class, postage prepaid to the following attorney listed below:

> P. Daniel Altland, Esquire
> Metter Evans & Woodside
> 3401 N. Front Street
> Harrisburg, PA  17110
>
> Stephen Russell, Esquire
> Stock & Leader
> Susquehanna Commerce Center East
> 6th Floor
> 221 W. Philadelphia Street
> York, PA  17404
>
> Melanie Erb, Esquire
> Suite 201, 2080 Linglestown Road
> Harrisburg, PA  17110

BAILEY STRETTON & OSTROWSKI

_____
DON BAILEY ESQUIRE
4311 N. 6th Street
Harrisburg, PA  17110
(717) 221-9500