IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEVERLY BEAM | ) | NO: 1:CV-01-0083 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | (Judge McClure) |
| | ) | |
| SCOTT DOWNEY, ROGER | ) | |
| MORRISON, DAVID | ) | |
| GRAYBILL AND MICHAEL | ) | |
| SWEGER, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants | ) | |

FILED
HARRISBURG, PA
FEB 1 0 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## SECOND AMENDED CERTIFICATE OF CONCURRENCE

I, Don Bailey Esquire do hereby certify that I contacted opposing counsel Melanie Erb, Esquire and Stephen Russell, Esquire and requested their concurrence in Plaintiffs Motion for Enlargement of Time and they do concur in my request.

Respectfully Submitted,

_____
DON BAILEY ESQUIRE
**BAILEY STRETTON & OSTROWSKI**
4311 N. 6th Street
Harrisburg, Pa 17110

## CERTIFICATE OF SERVICE

I, Don Bailey do hereby certify that on this **8TH day of February 2003** I served a true and correct copy of *PLAINITFF'S SECOND AMENDED CERTIFICATE OF CONCURRENCE* to the attorney below by First class-postage prepaid mail:

STEVEN J. SCHIFFMAN ESQUIRE
2080 LINGLESTOWN ROAD
HARRISBURG, PA 17110

STOCK & LEADER
STEPHEN RUSSELL ESQUIRE
6TH FLOOR
221 W. PHILADELPHIA STREET
PHILADELPHIA, PA 17404

P. DANIEL ALTLAND ESQUIRE
3401 N.FRONT STREET
HARRISBURG, PA 17110

RESPECTFULLY SUBMITTED,

**BAILEY STRETTON & OSTROWSKI**

DON BAILEY, ESQUIRE
4311 N. 6th Street
Harrisburg, PA 17110
(717) 221-9500