

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEVERLY BEAM, | : | CIVIL ACTION NO. |
| Plaintiff | : | NO.: 1:CV-01-0083 |
| | : | |
| v. | : | CIVIL ACTION LAW |
| | : | FILED |
| | : | WILLIAMSPORT, PA |
| | : | |
| SCOTT DOWNEY, | : | FEB 2 1 2003 |
| ROGER MORRISON, | : | |
| DAVID GRAYBILL | : | MARY E. D'ANDREA, CLERK |
| and MICHAEL SWEGER | : | Per_____ DEPUTY CLERK |
| Defendants | : | JURY TRIAL DEMANDED |

TO THE CLERK OF COURTS:

Attached hereto please find Affidavits in support of Defendant Downey's application for attorney's fees under the above-captioned matter.

                                                    Respectfully submitted,

                                                    STOCK AND LEADER

                                                    By:_____
                                                    Stephen S. Russell, Esquire
                                                    I.D. No. 17102
                                                    Melinda B. Kaufmann, Esquire
                                                    I.D. No. 82088
                                                    Susquehanna Commerce Center East
                                                    221 W. Philadelphia Street, 6th Floor
                                                    York, PA  17404
                                                    (717) 846-9800

Dated: February 19, 2003              Attorneys for Defendant Scott Downey

**STOCK AND LEADER**
Susquehanna Commerce Center East
6th Floor
221 W. Philadelphia Street
York, Pennsylvania 17404

Phone: (717) 846-9800
Fax: (717) 843-6134

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEVERLY BEAM, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | NO.: 1:CV-01-0083 |
| | : | |
| SCOTT DOWNEY, | : | |
| ROGER MORRISON, | : | |
| DAVID GRAYBILL | : | |
| and MICHAEL SWEGER | : | |
|     Defendants | : | |

### AFFIDAVIT OF DANIEL FENNICK, ESQUIRE

1. Under penalty of perjury and pursuant to 28 U.S.C. § 1746, I state and depose as follows:

2. I have been engaged in the private practice of law since 1979 in the York, Pennsylvania area and am admitted to practice before the Middle District Court of Pennsylvania.

3. My practice and that of my firm involve, among other areas, civil litigation and civil rights litigation.

4. In the course of my career, I have come to know Melinda B. Kaufmann, Esquire, and am familiar with her experience, skill and

reputation. I am furthermore familiar with these factors as they relate to her civil litigation and civil rights practice.

5. Based upon my familiarity with Ms. Kaufmann and my knowledge of her reputation in the legal community, I state that her legal experience and talent are exceptionally high and that her reputation in the community is excellent.

6. I believe that in this community, an hourly billing rate of $115.00 per hour is reasonable and within prevailing community standards for lawyers with Ms. Kaufmann's experience and ability.

RESPECTFULLY SUBMITTED,

Date_____    By_____
                            Daniel Fennick, Esquire

STOCK AND LEADER
Susquehanna Commerce Center East
6th Floor
221 W. Philadelphia Street
York, Pennsylvania 17404

Phone: (717) 846-9800
Fax: (717) 843-6134

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEVERLY BEAM,<br>　　　　Plaintiff<br><br>v.<br><br>SCOTT DOWNEY,<br>ROGER MORRISON,<br>DAVID GRAYBILL<br>and MICHAEL SWEGER<br>　　　　Defendants | CIVIL ACTION NO.<br>NO.: 1:CV-01-0083 |

## AFFIDAVIT OF DANIEL FENNICK, ESQUIRE

1. Under penalty of perjury and pursuant to 28 U.S.C. § 1746, I state and depose as follows:

2. I have been engaged in the private practice of law since 1979 in the York, Pennsylvania area and am admitted to practice before the Middle District Court of Pennsylvania.

3. My practice and that of my firm involve, among other areas, civil litigation and civil rights litigation.

4. In the course of my career, I have come to know Stephen S. Russell, Esquire, and am familiar with his experience, skill and reputation. I

am furthermore familiar with these factors as they relate to his civil litigation and civil rights practice.

5. Based upon my familiarity with Mr. Russell and my knowledge of his reputation in the legal community, I state that his legal experience and talent are exceptionally high and that his reputation in the community is excellent.

6. I believe that in this community, an hourly billing rate of $130.00 per hour is reasonable and within prevailing community standards for lawyers with Mr. Russell's experience and ability.

RESPECTFULLY SUBMITTED,

Date_____   By:_____
                       Daniel Fennick, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEVERLY BEAM,<br>        Plaintiff | : |
| v. | : CIVIL ACTION NO.<br>: NO.: 1:CV-01-0083 |
| SCOTT DOWNEY,<br>ROGER MORRISON,<br>DAVID GRAYBILL<br>and MICHAEL SWEGER<br>        Defendants | : |

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | :<br>: SS. |
| COUNTY OF YORK | : |

### AFFIDAVIT OF LAWRENCE MARKOWITZ, ESQUIRE

1. Under penalty of perjury and pursuant to 28 U.S.C. § 1746, I state and depose as follows:

2. I have been engaged in the private practice of law for eighteen (18) years in Pennsylvania and am admitted to practice before the Middle District Court of Pennsylvania.

3. My practice and that of my firm involve, among other areas, employment litigation, civil litigation and civil rights litigation.

4. In the course of my career, I have come to know Melinda B. Kaufmann, Esquire, and am familiar with her experience, skill and reputation. I am

furthermore familiar with these factors as they relate to her civil litigation and civil rights practice.

5. Based upon my familiarity with Ms. Kaufmann and my knowledge of her reputation in the legal community, I state that her legal experience and talent are exceptionally high and that her reputation in the community is excellent.

6. I believe that in this community, an hourly billing rate of $115.00 per hour is more than reasonable and below prevailing community standards for lawyers with Ms. Kaufmann's experience and ability.

_____
Lawrence Markowitz, Esquire

Sworn and subscribed to
before me this _13_ day
of February, 2003.

_____
Notary Public

NOTARIAL SEAL
SHARON S. STOTTLEMYER, Notary Public
Dover Twp., York County
My Commission Expires September 3, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEVERLY BEAM,<br>       Plaintiff | : <br> : <br> : |
| v. | :    CIVIL ACTION NO. <br> :    NO.: 1:CV-01-0083 |
| SCOTT DOWNEY,<br>ROGER MORRISON,<br>DAVID GRAYBILL<br>and MICHAEL SWEGER<br>       Defendants | : <br> : <br> : <br> : <br> : |
| COMMONWEALTH OF PENNSYLVANIA | : <br> :    SS. |
| COUNTY OF YORK | : |

### AFFIDAVIT OF LAWRENCE MARKOWITZ, ESQUIRE

1. Under penalty of perjury and pursuant to 28 U.S.C. § 1746, I state and depose as follows:

2. I have been engaged in the private practice of law for eighteen (18) years in Pennsylvania and am admitted to practice before the Middle District Court of Pennsylvania.

3. My practice and that of my firm involve, among other areas, employment litigation, civil litigation and civil rights litigation.

4. In the course of my career, I have come to know Stephen S. Russell, Esquire, and am familiar with his experience, skill and reputation. I am

furthermore familiar with these factors as they relate to his civil litigation and civil rights practice.

5. Based upon my familiarity with Mr. Russell and my knowledge of his reputation in the legal community, I state that his legal experience and talent are exceptionally high and that his reputation in the community is excellent.

6. I believe that in this community, an hourly billing rate of $130.00 per hour is more than reasonable and below prevailing community standards for lawyers with Mr. Russell's experience and ability.

_____
Lawrence Markowitz, Esquire

Sworn and subscribed to
before me this _13_ day
of February, 2003.

_____
Notary Public

NOTARIAL SEAL
SHARON S. STOTTLEMYER, Notary Public
Dover Twp., York County
My Commission Expires September 3, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEVERLY BEAM, | : | CIVIL ACTION NO. |
| Plaintiff | : | NO.: 1:CV-01-0083 |
| | : | |
| v. | : | CIVIL ACTION -LAW |
| | : | |
| SCOTT DOWNEY, | : | |
| ROGER MORRISON, | : | |
| DAVID GRAYBILL | : | |
| and MICHAEL SWEGER | : | |
| Defendants | : | JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

AND NOW, this 19th day of February, 2003, I, Melinda B. Kaufmann, Esquire, of the law firm of Stock and Leader, attorneys for Defendant, Scott Downey, hereby certify that I served the foregoing documents by depositing the same in the United States first-class mail, postage prepaid, in York, Pennsylvania, addressed to:

Don Bailey, Esquire
4311 N. 6th Street
Harrisburg, PA 17110

Steven J. Schiffman, Esquire
2080 Linglestown Road
Harrisburg, PA 17110

P. Daniel Altland, Esquire
3401 N. Front Street
Harrisburg, PA 17110

                                                STOCK AND LEADER

                                                By: _____
                                                Melinda B. Kaufmann, Esquire
                                                I.D. # 82088
                                                Susquehanna Commerce Center East
                                                221 W. Philadelphia Street, 6th Floor
                                                York, PA 17404
                                                Telephone: (717) 846-9800