IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BEVERLY BEAM,** | CIVIL NO.1:CV-02-1797 |
| **Plaintiff** | |
| v. | |
| **MARC BAUER, GLENN ZEHNER, CAPITAL AREA INTERMEDIATE UNIT, SCOTT DOWNEY, ROGER MORRISON, DAVID GRAYBILL, and MICHAEL SWEGER,** | |
| **Defendants** | |



FILED
FEB 2 7 2003
PER _____ MA _____
HARRISBURG, PA   DEPUTY CLERK

## ORDER

In accordance with the accompanying memorandum **IT IS HEREBY ORDERED THAT:**

(1) Defendants CAIU, Downey, Zehner and Bauer's Motion to Dismiss is **GRANTED**;

(2) Defendants Graybill and Sweger's Motion to Dismiss is **GRANTED**;

(3) Defendant Morrison's Motion to Dismiss is **GRANTED**;

(4) Plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

(5) Attorneys for Defendants CAIU, Downey, Zehner and Bauer, as well as the attorneys for Defendants Graybill and Sweger shall submit affidavits setting forth each attorney's educational background, work experience, specializations and their current hourly billing rate. These attorneys shall also submit an exhibit detailing the hours expended and work performed in defending the instant Complaint and litigating the instant motions for sanctions. Said affidavits

and accompanying exhibits shall be submitted within fifteen (15) days from the date of this order.

      (6) Plaintiff shall be permitted to file objections to the hourly rate and hours expended by Defendants. Said objections shall be filed within ten (10) days of the filing of Defendants' affidavits and exhibits.

      (7) The court will defer ruling on the pending motions for sanctions until after it receives Defendants' affidavits and Plaintiff's objections.

                                            SYLVIA H. RAMBO  
                                            United States District Judge

Dated: February 27, 2003.