IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYVLANIA

| | | |
|---|---|---|
| BEVERLY BEAM, | ) | CIVIL ACTION LAW |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | NO. 1:CV-01-0083 |
| | ) | |
| SCOTT DOWNEY, ROGER | ) | (JUDGE MCCLURE) |
| MORRISON, DAVID GRAYBILL | ) | |
| AND MICHAEL SWEGER, | ) | |
| | ) | |
| Defendants | ) | |

ORDER

AND NOW this 5th day of March 2003 Plaintiff's Motion for a 10-day Motion for an Enlargement of Time is hereby GRANTED:

_____ J.