2 TO G

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEVERLY BEAM | : | NO. 1:CV-01-0083 |
| Plaintiff | : | (Judge McClure) |
| vs. | : | |
| | : | CIVIL ACTION - LAW |
| SCOTT DOWNEY, ROGER MORRISON, DAVID GRAYBILL AND MICHAEL SWEGER | : | |
| Defendants | : | |



FILED
HARRISBURG, PA
MAR 3 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### SUPPLEMENTAL MATERIALS IN RESPONSE TO CLERK'S TAXATION OF COSTS OF FEBRUARY 25, 2003

AND NOW, come the Defendants, David Graybill and Michael Sweger, by and through their attorneys, STEVEN J. SCHIFFMAN, Esquire and the law firm of SERRATELLI, SCHIFFMAN, BROWN, & CALHOON, P.C., and file these Supplemental Materials* in Response to Clerk's Taxation of Costs of February 25, 2003.

Respectfully submitted,

SERRATELLI, SCHIFFMAN, BROWN
& CALHOON, PC

By: _____
Steven J. Schiffman, Esquire
I.D. No.: 25488
Melanie L. Erb, Esquire
I.D. No.: 84445

Dated: 3/3/03

Suite 201, 2080 Linglestown Road
Harrisburg, PA 17101
(717) 540-9170
Attorneys for Defendants David Graybill
And Michael Sweger

*Defendants' Supplemental Materials contain a correction to the amount of deposition costs, in that a reimbursement from Defendant Downey was inadvertently left out of the original Bill of Costs. Defendants hereby amend their Bill of Costs, in the amount of $2,569.81 to reflect the receipt of this reimbursement.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEVERLY BEAM | : | NO. 1:CV-01-0083 |
| Plaintiff | : | (Judge McClure) |
| vs. | : | |
| | : | CIVIL ACTION - LAW |
| SCOTT DOWNEY, ROGER MORRISON, DAVID GRAYBILL AND MICHAEL SWEGER | : | |
| Defendants | : | |

## REVISED ITEMIZATION OF DEPOSITION COSTS

| | |
|---|---|
| Deposition of Beverly Beam (7/9/01) | $297.20 |
| Deposition of Michael Sweger and David Graybill (7/11/01) | $635.55 |
| Deposition of Roger Morrison (10/15/01) | $476.00 |
| Deposition of Scott Downey (11/16/01) | $533.95 |
| Deposition of Marc Bauer, Zehner & Mausner (12/19/01) | $640.68 |
| Deposition of Eberly & Wagonhurst (1/31/02) | $356.95 |
| **TOTAL COST OF DEPOSITIONS** | **$2,940.33** |
| **LESS** | |
| Reimbursement from Defendant Downey of difference of deposition costs (12/5/01) | $ 370.52 |
| **TOTAL COSTS** | **$2,569.81** |

# Hughes, Albright, Foltz & Natale
## Reporting Service, Inc.

2080 LINGLESTOWN ROAD, SUITE 103 * HARRISBURG, PA 17110
Harrisburg 717-540-0220  Fax 717-540-0221  Lancaster 717-393-5101

**TO:** Steven J. Schiffman, Esquire
Serratelli, Schiffman, et al.
2080 Linglestown Rd, Ste 201
Harrisburg, PA  17110
717-540-9170

**RE:** Beam V Downey, et al.
USDC/Middle Dist. of PA
No. 1:CV-01-0083

**IRS NUMBER**  23-2345714

**INVOICE NUMBER:** 16102

**DATE:** October 31, 2001

**TERMS: NET 30 DAYS**

**REPORTER:**  RDE

Please enclose copy with your payment.
Show our invoice number on your check.

---

Video Deposition of Roger D. Morrison held October 15, 2001 at the Law Office of Don Bailey, 4311 North 6th Street, Harrisburg, PA

Attendance of Reporter - No Charge

170 pp of testimony @ $2.80                                   476.00

\*\*\* Thank You \*\*\*

11-5-01
29802

*Please pay promptly*                            TOTAL                    $476.00

# Hughes, Albright, Foltz & Natale
## Reporting Service, Inc.

2080 LINGLESTOWN ROAD, SUITE 103 * HARRISBURG, PA 17110
Harrisburg 717-540-0220  Fax 717-540-0221  Lancaster 717-393-5101

| | | | |
|---|---|---|---|
| **TO:** | Steven J. Schiffman, Esquire<br>Serratelli, Schiffman, et al.<br>2080 Linglestown Rd, Ste 201<br>Harrisburg, PA  17110<br>717-540-9170 | **IRS NUMBER** | 23-2345714 |
| | | **INVOICE NUMBER:** | 15325 |
| | | **DATE:** | July 26, 2001 |
| **RE:** | Beam V Downey, et al.<br>USDC/Middle Dist. of PA<br>No. 1:CV-01-0083 | **TERMS:** | NET 30 DAYS |
| | | **REPORTER:** | RDE |

Please enclose copy with your payment.
Show our invoice number on your check.

---

Video Depositions of Michael Sweger and David Graybill held

July 11, 2001 at 2080 Linglestown Road, Ste. 201 Harrisburg, PA

Attendance of Reporter - No Charge

| | |
|---|---:|
| 125 pp of testimony @ $2.80 [Graybill] | 350.00 |
| 101 pp of testimony @ $2.80 [Sweger] | 282.80 |
| 11 pp of exhibits @ $.25 | 2.75 |

*** Thank you ***

[handwritten: 8/2/01  29197]

*Please pay promptly*              TOTAL                  $635.55

# Hughes, Albright, Foltz & Natale
## Reporting Service, Inc.

2080 LINGLESTOWN ROAD, SUITE 103 * HARRISBURG, PA 17110
Harrisburg 717-540-0220  Fax 717-540-0221  Lancaster 717-393-5101

| | | | |
|---|---|---|---|
| **TO:** | Steven J. Schiffman, Esquire<br>Serratelli, Schiffman, et al.<br>2080 Linglestown Rd, Ste 201<br>Harrisburg, PA  17110<br>717-540-9170 | **IRS NUMBER** | 23-2345714 |
| | | **INVOICE NUMBER:** | 15251 |
| **RE:** | Beam V Downey, et al.<br>USDC/Middle Dist. of PA<br>No. 1:CV-01-0083 | **DATE:** | July 19, 2001 |
| | | **TERMS:** | NET 30 DAYS |
| | | **REPORTER:** | RDE |

Please enclose copy with your payment.
Show our invoice number on your check.

---

Video Deposition of Beverly Beam held July 9, 2001 at Serratelli, Schiffman, et al., 2080 Linglestown Road, Harrisburg, PA

| | |
|---|---:|
| 157 pp of testimony @ $1.85 | 290.45 |
| 07 pp of exhibits @ $.25 | 1.75 |
| 01 witness on ASCII diskette | 5.00 |

*** Thank You ***

*Please pay promptly*           TOTAL           $297.20

# Hughes, Albright, Foltz & Natale
# Reporting Service, Inc.

2080 LINGLESTOWN ROAD, SUITE 103 * HARRISBURG, PA 17110
Harrisburg 717-540-0220  Fax 717-540-0221  Lancaster 717-393-5101

**TO:** Steven J. Schiffman, Esquire
Serratelli, Schiffman, et al.
2080 Linglestown Rd, Ste 201
Harrisburg, PA  17110
717-540-9170

**RE:** Beam V Downey, et al.
USDC/Middle Dist. of PA
No. 1:CV-01-0083

**IRS NUMBER**   23-2345714

**INVOICE NUMBER:** 16510

**DATE:** December 14, 2001

**TERMS: NET 30 DAYS**

**REPORTER:**   RDE

Please enclose copy with your payment.
Show our invoice number on your check.

Video Deposition of Scott Downey held November 16, 2001 at

Serratelli, Schiffman, et al., 2080 Linglestown Road,

Harrisburg, PA

Attendance of Reporter - No Charge

181 pp of testimony @ $2.95                                  533.95

*** Thank You ***

*Please pay promptly*                           TOTAL          $533.95

# Hughes, Albright, Foltz & Natale
## Reporting Service, Inc.

2080 LINGLESTOWN ROAD, SUITE 103 * HARRISBURG, PA 17110
Harrisburg 717-540-0220  Fax 717-540-0221  Lancaster 717-393-5101

**TO:** Melanie L. Erb, Esquire
Serratelli, Schiffman, et al.
2080 Linglestown Road
Harrisburg, PA  17110-5841
717-540-9170

**RE:** Beam V Downey, et al.
USDC/Middle Dist. of PA
No. 1:CV-01-0083

**IRS NUMBER**   23-2345714

**INVOICE NUMBER:** 17046

**DATE:** February 21, 2002

**TERMS: NET 30 DAYS**

**REPORTER:**   RDE

Please enclose copy with your payment.
Show our invoice number on your check.

| | |
|---|---:|
| Video Depositions of Lawrence Eberly and Arland Wagonhurst held January 31, 2002 at the Law Offices of Don Bailey, 4311 N. 6th Street, Harrisburg, PA | |
| Attendance of Reporter - No Charge | |
| 87 pp of testimony @ $2.95 [Wagonhurst] | 256.65 |
| 34 pp of testimony @ $2.95 [Eberly] | 100.30 |
| *** Thank you *** | |
| TOTAL | $356.95 |

PAID  CK NO 30594

*Please pay promptly*

# Hughes, Albright, Foltz & Natale
## Reporting Service, Inc.

2080 LINGLESTOWN ROAD, SUITE 103 * HARRISBURG, PA 17110
Harrisburg 717-540-0220   Fax 717-540-0221   Lancaster 717-393-5101

**TO:** Melanie L. Erb, Esquire
Serratelli, Schiffman, et al.
2080 Linglestown Road
Harrisburg, PA 17110-5841
717-540-9170

**RE:** Beam V Downey, et al.
USDC/Middle Dist. of PA
No. 1:CV-01-0083

**IRS NUMBER** 23-2345714

**INVOICE NUMBER:** 16692

**DATE:** January 14, 2002

**TERMS: NET 30 DAYS**

**REPORTER:** PS

Please enclose copy with your payment.
Show our invoice number on your check.

---

| | |
|---|---:|
| Depositions of Marc A. Bauer, Glenn W. Zehner, and Michael Mausner held December 19, 2001 at Serratelli, Schiffman, et al., 2080 Linglestown Rd., Harrisburg, PA | |
| Attendance of Reporter - No Charge | |
| 149 pp of testimony @ $2.28 [Bauer] | 339.72 |
| 67 pp of testimony @ $2.28 [Zehner] | 152.76 |
| 65 pp of testimony @ $2.28 [Mausner] | 148.20 |
| *** Thank You *** | |
| TOTAL | $640.68 |

*Please pay promptly*



J. ROSS MCGINNIS
WILLIAM H. NEFF, JR.
D. REED ANDERSON
WILLIAM C. GIERASCH, JR.
W. BRUCE WALLACE
MICHAEL W. KING
TIMOTHY P. RUTH
STEPHEN S. RUSSELL
JANE H. SCHUSSLER

MCCLEAN STOCK
*(1881-1962)*

WRITER'S DIRECT DIAL:
**(717) 849-4149**

35 SOUTH DUKE STREET
POST OFFICE BOX 5167
YORK, PENNSYLVANIA 17405-5167
PHONE 717-846-9800
FAX 717-843-6134
E-MAIL sllaw@sl-law.com

ROBERT R. LLOYD, JR.
STEVEN M. HOVIS
JODY N. ANDERSON*
NEIL A. SLENKER
MELINDA B. KAUFMANN
DAVID A. JONES, II
FRANK A. NARDO, JR.
ERIN J. LUTTENBERGER
*also admitted in Maryland*

OF COUNSEL
HENRY B. LEADER
RAYMOND L. HOVIS
BYRON H. LECATES
MARIETTA H. BARBOUR

November 26, 2001

Steven J. Schiffman, Esquire
SERRATELLI, SCHIFFMAN, BROWN
 & CALHOON, PC
2080 Linglestown Road
Suite 201
Harrisburg, PA 17110

> RE: Beverly Beam v. Scott Downey, Roger Morrison, David Graybill
> and Michael Sweger
> U.S.D.C. Middle District of PA Civil Action No. 1: CV-01-0083

Dear Mr. Schiffman:

Pursuant to your correspondence dated November 12, 2001, enclosed please find a check in the amount of $370.52 made payable to Hughes, Albright, Foltz & Natale Reporting Service, Inc. for our portion of the invoices regarding the video depositions taken in the above matter.

Very truly yours,

STOCK AND LEADER, P.C.

Stephen S. Russell

SSR\

## **CERTIFICATE OF SERVICE**

I, Melanie L. Erb, Esquire, hereby certify that I have served a true and correct copy of the foregoing document by depositing such in the regular U.S. Mail, addressed as follows:

Don Bailey, Esquire
4311 N. Sixth Street
Harrisburg, PA 17110

P. Daniel Altland, Esquire
Mette, Evans & Woodside
3401 N. Front Street
Harrisburg, PA 17110

Stephen S. Russell, Esquire
Stock and Leader
Susquehanna Commerce Center East
6th Floor
221 W. Philadelphia Street
York, PA 17404

_____
Melanie L. Erb, Esquire
Suite 201, 2080 Linglestown Road
Harrisburg, PA 17110
(717) 540-9170

Dated: March 3, 2003