## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BEVERLY BEAM,** | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | **CIVIL ACTION NO.: 1:CV-01-0083** |
| | : | |
| **SCOTT DOWNEY,** | : | (Judge McClure) |
| **ROGER MORRISON,** | : | |
| **DAVID GRAYBILL AND** | : | |
| **MICHAEL SWEGER,** | : | |
|     Defendants | : | |

### SUPPLEMENTAL MATERIAL TO DEFENDANT MORRISON'S MOTION FOR ATTORNEY'S FEES AND ASSOCIATED EXPENSES

And now, comes the Defendant, Roger Morrison, by and through his attorneys, P. DANIEL ALTLAND, ESQUIRE, and the law firm of Mette, Evans & Woodside, and files supplemental materials to his Motion for Attorneys' Fees and Associated Expenses, enumerated as follows:

    1.    Affidavit of P. Daniel Altland, Esquire;

    2.    Itemization of time and services provided by P. Daniel Altland, Esquire;

3. Itemization of Deposition costs; and

4. Copies of Deposition Invoices.

                                                Respectfully submitted,

                                                METTE, EVANS & WOODSIDE

                          By:    s/ P. Daniel Altland
                                     P. Daniel Altland, Esquire
                                     Sup. Ct. I.D. #25438
                                     3401 North Front Street
                                     P.O. Box 5950
                                     Harrisburg, PA 17110-0950
                                     (717) 232-5000

DATE: March 11, 2003                 Attorneys for Defendant, Roger Morrison