FILED
HARRISBURG, PA

MAR 1 1 2003

MARY E. D'ANDREA, CLER
Per _____
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BEVERLY BEAM,                    :
    Plaintiff                :
                             :
    v.                       :    CIVIL ACTION NO.: 1:CV-01-0083
                             :
SCOTT DOWNEY,                    :    (Judge McClure)
ROGER MORRISON,                  :
DAVID GRAYBILL AND               :
MICHAEL SWEGER,                  :
    Defendants                :

### AFFIDAVIT OF P. DANIEL ALTLAND, ESQUIRE

Under penalty of perjury and pursuant to 28 U.S.C. § 1746, I state as

follows:

    1.    The time records attached are true and correct and reflect the time that

was spent on this matter.

    2.    The itemization of time and services provided by the undersigned

represents all reasonable time spent on the items so indicated.  In my opinion, all

of these items and services were reasonable, proper and necessary to Defendant Morrision prevailing in this case.

3.     My hourly rate for similar matters in $200.00 per hour.  In this community, an hourly billing rate of $200.00 per hour is reasonable for lawyers with my experience and ability.

4.     In support of this hourly rate, I state that:

a.     I have been admitted to the practice of law before the state courts of Pennsylvania since October 12, 1977.

b.     I am also admitted to practice before the United State District Court for the Middle District of Pennsylvania (since 1981), the Third Circuit Court of Appeals (since 1981), the United States District Court for the Western District of Pennsylvania (since 1992), and the United States District Court for the Eastern District (since 1995).

c.     During my legal career, I have been engaged in the private practice of law in Harrisburg, Pennsylvania and have handled a substantial number of civil rights claims in Federal court.

2

d.    I believe that the base hourly rate requested is

reasonable based on my experience, litigation career and

knowledge of civil rights law and litigation.


Respectfully submitted,


P. Daniel Altland

DATED: March 11, 2003

Mette, Evans & Woodside

COMBINED HISTORY LIST

| Process Date: | 4/22/02 | Client 10846  -0002  through 10846  -0002 | Page | 1 |
| Process Time: | 4:54 PM | | Report ID COMBLIST | |

====================================================================================================

| CLIENT | 10846 | | NAME | MORRISON, ROGER |
| MATTER | 0002 | | DESCRIPTION | Beverly Beam |

----------------------------------------------------------------------------------------------------

P R O F E S S I O N A L    S E R V I C E S

| ATT | TRAN DATE | STM NBR | AMOUNT | BILL CODE | HOURS/ UNITS | DESCRIPTION |
|-----|-----------|---------|--------|-----------|--------------|-------------|
| JAE | 01/22/01 | 124386 | 140.00 | B | .70 | Office conference with Roger; office conference with P. D. Altland |
| PDA | 01/22/01 | 124386 | 85.00 | B | .50 | Open new matter; review Complaint filed against client, CAIU personnel and other transportation contractors |
| PDA | 01/29/01 | 124386 | 170.00 | B | 1.00 | Conference with client reviewing Complaint |
| PDA | 01/30/01 | 124386 | 102.00 | B | .60 | Enter Appearance; letter to Attorneys Brubaker and Schiffman; letter to Don Bailey |

****SUB TOTAL                    497.00              2.80

----------------------------------------------------------------------------------------------------

D I S B U R S E M E N T S

| ATT | TRAN DATE | STM NBR | AMOUNT | BILL CODE | HOURS/ UNITS | DESCRIPTION |
|-----|-----------|---------|--------|-----------|--------------|-------------|
| MEW | 01/30/01 | 124386 | 3.20 | X014 | 16.00 | Photocopy Charges |

****SUB TOTAL                      3.20             16.00

----------------------------------------------------------------------------------------------------

A C C O U N T    S T A T U S              AMOUNT        HOURS

----------------------------------------------------------------------------------------------------

|   |                      | AMOUNT | HOURS |
|---|----------------------|--------|-------|
|   | FEES                 | 497.00 | 2.80  |
| + | DISBURSEMENTS        | 3.20   | 16.00 |
| +/- | A/R ADJUSTMENTS     | .00    |       |
| - | CASH RECEIPTS         | .00    |       |
|   | ***TOTAL             | 500.20 |       |

# Transactions Listing By Component

Matter id = '10846-0002' and date <= 4/22/02

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|------------------------------------------|-----------|-------|-------|-------|
| **Component: 1** | | | | | | |
| **Date: 4/20/2001** | | | | | | |
| 4/20/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Telephone | 1 | 1.00 | 0.60 | 0.60 |
| | | | Date: 4/20/2001 | 1.00 | | 0.60 |
| **Date: 7/3/2001** | | | | | | |
| 7/3/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Telephone 717-849-4149 | 1 | 1.00 | 0.26 | 0.26 |
| 7/3/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Telephone 717-692-0408 | 1 | 1.00 | 2.73 | 2.73 |
| | | | Date: 7/3/2001 | 2.00 | | 2.99 |
| **Date: 1/7/2002** | | | | | | |
| 1/7/2002 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Telephone 717-846-9800 | 1 | 1.00 | 0.52 | 0.52 |
| | | | Date: 1/7/2002 | 1.00 | | 0.52 |
| | | | Component: 1 | 4.00 | | 4.11 |
| **Component: 14** | | | | | | |
| **Date: 3/16/2001** | | | | | | |
| 3/16/2001 | MEW | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Photocopy Charges | 14 | 22.00 | 0.20 | 4.40 |
| 3/16/2001 | MEW | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Photocopy Charges | 14 | 18.00 | 0.20 | 3.60 |
| | | | Date: 3/16/2001 | 40.00 | | 8.00 |

# Transactions Listing By Component

Matter id = '10846-0002' and date <= 4/22/02

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|------------------------------------------------------|-----------|-------|-------|-------|
| **Date: 3/30/2001** | | | | | | |
| 3/30/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Photocopy Charges | 14 | 76.00 | 0.20 | 15.20 |
| 3/30/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Photocopy Charges | 14 | 4.00 | 0.20 | 0.80 |
| 3/30/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Photocopy Charges | 14 | 38.00 | 0.20 | 7.60 |
| | | | Date: 3/30/2001 | 118.00 | | 23.60 |
| **Date: 4/12/2001** | | | | | | |
| 4/12/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Photocopy Charges | 14 | 12.00 | 0.20 | 2.40 |
| | | | Date: 4/12/2001 | 12.00 | | 2.40 |
| **Date: 4/17/2001** | | | | | | |
| 4/17/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Photocopy Charges | 14 | 12.00 | 0.20 | 2.40 |
| | | | Date: 4/17/2001 | 12.00 | | 2.40 |
| **Date: 4/18/2001** | | | | | | |
| 4/18/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Photocopy Charges | 14 | 14.00 | 0.20 | 2.80 |
| | | | Date: 4/18/2001 | 14.00 | | 2.80 |
| **Date: 5/2/2001** | | | | | | |
| 5/2/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Photocopy Charges | 14 | 60.00 | 0.20 | 12.00 |
| 5/2/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Photocopy Charges | 14 | 42.00 | 0.20 | 8.40 |

# Transactions Listing By Component

Matter id = '10846-0002' and date <= 4/22/02

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|---------------------------------------------------------|-----------|-------|-------|-------|
| 5/2/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Photocopy Charges | 14 | 60.00 | 0.20 | 12.00 |
| 5/2/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Photocopy Charges | 14 | 42.00 | 0.20 | 8.40 |
| | | Date: 5/2/2001 | | 204.00 | | 40.80 |
| **Date: 7/23/2001** | | | | | | |
| 7/23/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Photocopy Charges | 14 | 1.00 | 0.20 | 0.20 |
| | | Date: 7/23/2001 | | 1.00 | | 0.20 |
| **Date: 7/31/2001** | | | | | | |
| 7/31/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Photocopy Charges | 14 | 3.00 | 0.20 | 0.60 |
| | | Date: 7/31/2001 | | 3.00 | | 0.60 |
| **Date: 9/5/2001** | | | | | | |
| 9/5/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Photocopy Charges | 14 | 1.00 | 0.20 | 0.20 |
| | | Date: 9/5/2001 | | 1.00 | | 0.20 |
| **Date: 11/6/2001** | | | | | | |
| 11/6/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Photocopy Charges | 14 | 172.00 | 0.20 | 34.40 |
| | | Date: 11/6/2001 | | 172.00 | | 34.40 |
| **Date: 11/12/2001** | | | | | | |
| 11/12/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Photocopy Charges | 14 | 3.00 | 0.20 | 0.60 |
| | | Date: 11/12/2001 | | 3.00 | | 0.60 |

# Transactions Listing By Component

Matter id = '10846-0002' and date <= 4/22/02

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|------|------|------|------|------|
| **Date: 12/3/2001** | | | | | | |
| 12/3/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Photocopy Charges | 14 | 1.00 | 0.20 | 0.20 |
| | | | Date: 12/3/2001 | 1.00 | | 0.20 |
| **Date: 12/10/2001** | | | | | | |
| 12/10/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Photocopy Charges | 14 | 8.00 | 0.20 | 1.60 |
| | | | Date: 12/10/2001 | 8.00 | | 1.60 |
| **Date: 2/27/2002** | | | | | | |
| 2/27/2002 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Photocopy Charges | 14 | 1.00 | 0.20 | 0.20 |
| | | | Date: 2/27/2002 | 1.00 | | 0.20 |
| **Date: 3/26/2002** | | | | | | |
| 3/26/2002 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Photocopy Charges | 14 | 1.00 | 0.20 | 0.20 |
| | | | Date: 3/26/2002 | 1.00 | | 0.20 |
| **Date: 4/12/2002** | | | | | | |
| 4/12/2002 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Photocopy Charges | 14 | 28.00 | 0.20 | 5.60 |
| | | | Date: 4/12/2002 | 28.00 | | 5.60 |
| | | | Component: 14 | 619.00 | | 123.80 |

# Transactions Listing By Component

Matter id = '10846-0002' and date <= 4/22/02

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|--------------------------------------------------------|-----------|-------|-------|-------|
| **Component: 2** | | | | | | |
| **Date: 3/12/2001** | | | | | | |
| 3/12/2001 | MEW | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Telecopy Charges | 2 | 1.00 | 4.00 | 4.00 |
| | | | Date: 3/12/2001 | 1.00 | | 4.00 |
| **Date: 3/15/2001** | | | | | | |
| 3/15/2001 | MEW | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Telecopy Charges | 2 | 3.00 | 4.00 | 12.00 |
| | | | Date: 3/15/2001 | 3.00 | | 12.00 |
| **Date: 3/30/2001** | | | | | | |
| 3/30/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Telecopy Charges | 2 | 1.00 | 9.00 | 9.00 |
| | | | Date: 3/30/2001 | 1.00 | | 9.00 |
| **Date: 4/18/2001** | | | | | | |
| 4/18/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Telecopy Charges | 2 | 1.00 | 6.50 | 6.50 |
| 4/18/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Telecopy Charges | 2 | 1.00 | 4.00 | 4.00 |
| | | | Date: 4/18/2001 | 2.00 | | 10.50 |
| **Date: 4/27/2001** | | | | | | |
| 4/27/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Telecopy Charges | 2 | 1.00 | 4.00 | 4.00 |
| | | | Date: 4/27/2001 | 1.00 | | 4.00 |

# Transactions Listing By Component

Matter id = '10846-0002' and date <= 4/22/02

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|------|-----------|-------|-------|-------|
| | | **Date: 7/23/2001** | | | | |
| 7/23/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Telecopy Charges | 2 | 3.00 | 4.00 | 12.00 |
| | | Date: 7/23/2001 | | 3.00 | | 12.00 |
| | | **Date: 7/31/2001** | | | | |
| 7/31/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Telecopy Charges | 2 | 1.00 | 4.00 | 4.00 |
| | | Date: 7/31/2001 | | 1.00 | | 4.00 |
| | | **Date: 11/12/2001** | | | | |
| 11/12/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Telecopy Charges | 2 | 1.00 | 4.00 | 4.00 |
| | | Date: 11/12/2001 | | 1.00 | | 4.00 |
| | | Component: 2 | | 13.00 | | 59.50 |
| | | **Component: 28** | | | | |
| | | **Date: 7/19/2001** | | | | |
| 7/19/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Transcripts | 28 | 1.00 | 297.40 | 297.40 |
| | | Date: 7/19/2001 | | 1.00 | | 297.40 |
| | | **Date: 7/26/2001** | | | | |
| 7/26/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Transcripts | 28 | 1.00 | 426.05 | 426.05 |
| | | Date: 7/26/2001 | | 1.00 | | 426.05 |

# Transactions Listing By Component

Matter id = '10846-0002' and date <= 4/22/02

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|------|-----------|-------|-------|-------|
| **Date: 10/31/2001** | | | | | | |
| 10/31/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Transcripts | 28 | 1.00 | 318.45 | 318.45 |
| | | | Date: 10/31/2001 | 1.00 | | 318.45 |
| **Date: 12/14/2001** | | | | | | |
| 12/14/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Transcripts | 28 | 1.00 | 358.15 | 358.15 |
| | | | Date: 12/14/2001 | 1.00 | | 358.15 |
| **Date: 1/14/2002** | | | | | | |
| 1/14/2002 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Transcripts/Filius McLucas | 28 | 1.00 | 644.63 | 644.63 |
| | | | Date: 1/14/2002 | 1.00 | | 644.63 |
| **Date: 2/21/2002** | | | | | | |
| 2/21/2002 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Transcripts | 28 | 1.00 | 237.90 | 237.90 |
| | | | Date: 2/21/2002 | 1.00 | | 237.90 |
| | | | Component: 28 | 6.00 | | 2,282.58 |
| **Component: 6** | | | | | | |
| **Date: 3/30/2001** | | | | | | |
| 3/30/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Parking | 6 | 1.00 | 0.25 | 0.25 |
| | | | Date: 3/30/2001 | 1.00 | | 0.25 |

# Transactions Listing By Component

Matter id = '10846-0002' and date <= 4/22/02

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|---------|-----------|-------|-------|-------|
| **Date: 5/2/2001** | | | | | | |
| 5/2/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Parking | 6 | 1.00 | 0.25 | 0.25 |
| | | | Date: 5/2/2001 | 1.00 | | 0.25 |
| | | | Component: 6 | 2.00 | | 0.50 |
| **Component: 65** | | | | | | |
| **Date: 3/16/2001** | | | | | | |
| 3/16/2001 | MEW | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Courier | 65 | 0.30 | 20.00 | 6.00 |
| | | | Date: 3/16/2001 | 0.30 | | 6.00 |
| **Date: 3/30/2001** | | | | | | |
| 3/30/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Courier | 65 | 0.20 | 20.00 | 4.00 |
| | | | Date: 3/30/2001 | 0.20 | | 4.00 |
| **Date: 5/2/2001** | | | | | | |
| 5/2/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Courier | 65 | 0.30 | 20.00 | 6.00 |
| | | | Date: 5/2/2001 | 0.30 | | 6.00 |
| | | | Component: 65 | 0.80 | | 16.00 |
| **Component: 69** | | | | | | |
| **Date: 3/16/2001** | | | | | | |
| 3/16/2001 | COR | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Travel Costs - Local | 69 | 1.00 | 1.04 | 1.04 |
| | | | Date: 3/16/2001 | 1.00 | | 1.04 |

# Transactions Listing By Component

Matter id = '10846-0002' and date <= 4/22/02

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|------|------|------|------|------|
| **Date: 3/30/2001** | | | | | | |
| 3/30/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Travel Costs - Local | 69 | 1.00 | 0.69 | 0.69 |
| | | | Date: 3/30/2001 | 1.00 | | 0.69 |
| **Date: 5/2/2001** | | | | | | |
| 5/2/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Travel Costs - Local | 69 | 1.00 | 0.69 | 0.69 |
| | | | Date: 5/2/2001 | 1.00 | | 0.69 |
| | | | Component: 69 | 3.00 | | 2.42 |
| **Component: CONF** | | | | | | |
| **Date: 3/16/2001** | | | | | | |
| 3/16/2001 | XXX | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Converted Fee | CONF | 1.00 | 561.00 | 561.00 |
| | | | Date: 3/16/2001 | 1.00 | | 561.00 |
| | | | Component: CONF | 1.00 | | 561.00 |
| **Component: CONS** | | | | | | |
| **Date: 3/16/2001** | | | | | | |
| 3/16/2001 | | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Converted Soft Cost | CONS | 1.00 | 10.11 | 10.11 |
| | | | Date: 3/16/2001 | 1.00 | | 10.11 |
| | | | Component: CONS | 1.00 | | 10.11 |

# Transactions Listing By Component

Matter id = '10846-0002' and date <= 4/22/02

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|--------------------------------------------------------|-----------|-------|-------|-------|

**Component: T**

**Date: 3/9/2001**

| 3/9/2001 | PDA | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Research and prepare motion to dismiss and motion for more definite statement; receive and review draft copy of Downey's response to the Complaint | T | 3.00 | 170.00 | 510.00 |
|------|------|------|------|------|------|------|
| | | Date: 3/9/2001 | | 3.00 | | 510.00 |

**Date: 3/15/2001**

| 3/15/2001 | PDA | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Telephone conference with Steve Schiffman; finalize Motion to Dismiss; FAX to Dan Bailey requesting concurrence; letter to counsel | T | 1.00 | 170.00 | 170.00 |
|------|------|------|------|------|------|------|
| | | Date: 3/15/2001 | | 1.00 | | 170.00 |

**Date: 3/26/2001**

| 3/26/2001 | PDA | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Complete research and prepare outline for Brief in Support of Motion to Dismiss | T | 2.00 | 170.00 | 340.00 |
|------|------|------|------|------|------|------|
| | | Date: 3/26/2001 | | 2.00 | | 340.00 |

**Date: 3/27/2001**

| 3/27/2001 | PDA | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Telephone conference with attorney Schiffman re: Brief | T | 0.30 | 170.00 | 51.00 |
|------|------|------|------|------|------|------|
| | | Date: 3/27/2001 | | 0.30 | | 51.00 |

**Date: 3/29/2001**

| 3/29/2001 | PDA | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Brief in Support of Motion to Dismiss | T | 4.00 | 170.00 | 680.00 |
|------|------|------|------|------|------|------|
| | | Date: 3/29/2001 | | 4.00 | | 680.00 |

# Transactions Listing By Component

Matter id = '10846-0002' and date <= 4/22/02

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|-----------|-----------|-------|-------|-------|
| **Date: 4/9/2001** | | | | | | |
| 4/9/2001 | PDA | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Case Management Plan; telephone conference with Attorney Schiffman regarding scheduling of depositions | T | 1.30 | 170.00 | 221.00 |
| | | | Date: 4/9/2001 | 1.30 | | 221.00 |
| **Date: 4/18/2001** | | | | | | |
| 4/18/2001 | PDA | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Complete Morrison's portion of Joint Case Management Plan | T | 0.80 | 170.00 | 136.00 |
| | | | Date: 4/18/2001 | 0.80 | | 136.00 |
| **Date: 4/23/2001** | | | | | | |
| 4/23/2001 | PDA | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Receipt and review of Plaintiff's Brief in Opposition to Motions to Dismiss filed by Sweger and Graybill and by Morrison | T | 0.50 | 170.00 | 85.00 |
| | | | Date: 4/23/2001 | 0.50 | | 85.00 |
| **Date: 4/26/2001** | | | | | | |
| 4/26/2001 | PDA | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Receipt and review of brief from Don Bailey | T | 0.50 | 170.00 | 85.00 |
| | | | Date: 4/26/2001 | 0.50 | | 85.00 |
| **Date: 4/30/2001** | | | | | | |
| 4/30/2001 | PDA | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Reply Brief to Plaintiff's Brief in Opposition Motion to Dismiss; receipt and review of deposition notices; letter to client regarding depositions; Joint Case Management conference call with Judge and all counsel | T | 3.70 | 170.00 | 629.00 |
| | | | Date: 4/30/2001 | 3.70 | | 629.00 |

# Transactions Listing By Component

Matter id = '10846-0002' and date <= 4/22/02

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|---------|-----------|-------|-------|-------|
| **Date: 6/25/2001** | | | | | | |
| 6/25/2001 | PDA | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Telephone conference with client regarding deposition dates and possible conflict in schedule | T | 0.30 | 170.00 | 51.00 |
| | | | Date: 6/25/2001 | 0.30 | | 51.00 |
| **Date: 7/3/2001** | | | | | | |
| 7/3/2001 | PDA | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Receipt and review of letter from Attorney Bailey concerning deposition schedule; telephone conference with client regarding rescheduling his deposition; telephone conference with Attorney Russell; prepare outline of questions for plaintiff's deposition | T | 1.00 | 200.00 | 200.00 |
| | | | Date: 7/3/2001 | 1.00 | | 200.00 |
| **Date: 7/5/2001** | | | | | | |
| 7/5/2001 | PDA | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Telephone conference with Steve Schiffman | T | 0.30 | 200.00 | 60.00 |
| | | | Date: 7/5/2001 | 0.30 | | 60.00 |
| **Date: 7/9/2001** | | | | | | |
| 7/9/2001 | PDA | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Deposition of Plaintiff | T | 5.00 | 200.00 | 1,000.00 |
| | | | Date: 7/9/2001 | 5.00 | | 1,000.00 |
| **Date: 7/11/2001** | | | | | | |
| 7/11/2001 | PDA | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Deposition of David Graybill | T | 3.00 | 200.00 | 600.00 |
| | | | Date: 7/11/2001 | 3.00 | | 600.00 |

# Transactions Listing By Component

Matter id = '10846-0002' and date <= 4/22/02

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|------------------------------------------------------|-----------|-------|-------|-------|
| **Date: 7/20/2001** | | | | | | |
| 7/20/2001 | PDA | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Receipt and review of letter from Steve Schiffman regarding dates for depositions; letter to Don Bailey; call client | T | 0.30 | 200.00 | 60.00 |
| | | | Date: 7/20/2001 | 0.30 | | 60.00 |
| **Date: 8/2/2001** | | | | | | |
| 8/2/2001 | PDA | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Telephone conference with and correspondence scheduling deposition of Roger Morrison for 10-15-01 | T | 0.30 | 200.00 | 60.00 |
| | | | Date: 8/2/2001 | 0.30 | | 60.00 |
| **Date: 8/24/2001** | | | | | | |
| 8/24/2001 | PDA | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Receipt and review of letter from Attorney Bailey regarding enlargement of discovery period; letter to him concurring in 4 month enlargement | T | 0.20 | 200.00 | 40.00 |
| | | | Date: 8/24/2001 | 0.20 | | 40.00 |
| **Date: 9/1/2001** | | | | | | |
| 9/1/2001 | PDA | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Receipt and review of Beam's Answers to Interrogatories and highlight references to client to prepare for his deposition; letter to client confirming deposition date | T | 1.30 | 200.00 | 260.00 |
| | | | Date: 9/1/2001 | 1.30 | | 260.00 |
| **Date: 10/12/2001** | | | | | | |
| 10/12/2001 | PDA | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Conference with client preparing for deposition | T | 3.00 | 200.00 | 600.00 |
| | | | Date: 10/12/2001 | 3.00 | | 600.00 |

# Transactions Listing By Component

Matter id = '10846-0002' and date <= 4/22/02

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component | Units | Price | Value |
|------|------|------------------------------------------------------|-----------|-------|-------|-------|
| **Date: 10/15/2001** | | | | | | |
| 10/15/2001 | PDA | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Deposition of client by Attorney Bailey | T | 4.40 | 200.00 | 880.00 |
| | | Date: 10/15/2001 | | 4.40 | | 880.00 |
| **Date: 11/16/2001** | | | | | | |
| 11/16/2001 | PDA | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Deposition of Scott Downey | T | 5.00 | 200.00 | 1,000.00 |
| | | Date: 11/16/2001 | | 5.00 | | 1,000.00 |
| **Date: 12/19/2001** | | | | | | |
| 12/19/2001 | PDA | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Depositions of Dr. Bauer, Dr. Zehner and Michael Mausner | T | 8.50 | 200.00 | 1,700.00 |
| | | Date: 12/19/2001 | | 8.50 | | 1,700.00 |
| **Date: 1/3/2002** | | | | | | |
| 1/3/2002 | PDA | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Receipt and review of Motion to stay case schedule pending disposition of motions to dismiss and enter concurrence | T | 0.20 | 200.00 | 40.00 |
| | | Date: 1/3/2002 | | 0.20 | | 40.00 |
| **Date: 1/31/2002** | | | | | | |
| 1/31/2002 | PDA | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Depositions of A. Wagonhurst and Larry Eberly | T | 3.50 | 200.00 | 700.00 |
| | | Date: 1/31/2002 | | 3.50 | | 700.00 |
| **Date: 4/17/2002** | | | | | | |
| 4/17/2002 | PDA | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Preliminary research on availability of attorney's fees | T | 1.50 | 200.00 | 300.00 |

# Transactions Listing By Component

Matter id = '10846-0002' and date <= 4/22/02

| Date | Prof | **MatterID/Client Sort**<br>**Matter Description**<br>Narrative | Component | Units | Price | Value |
|------|------|------|-----------|-------|-------|-------|
| | | under 42 USC 1988; research deadline to file motion | | | | |
| | | Date: 4/17/2002 | | 1.50 | | 300.00 |
| **Date: 4/22/2002** | | | | | | |
| 4/22/2002 | JAY | 10846-0002 / MORRISON, ROGER<br>Beverly Beam<br>Meeting with P. D. Altland re: initial assignment -<br>Motion for Attorney's Fees and associated Costs;<br>meeting with M. Neill to request printout of fee<br>history to calculate fees and costs to date | T | 0.30 | 140.00 | 42.00 |
| | | Date: 4/22/2002 | | 0.30 | | 42.00 |
| | | Component: T | | 55.20 | | 10,500.00 |
| | | Grand Total | | 705.00 | | 13,560.02 |

*Morrison*
*10846-2*

# Hughes, Albright, Foltz & Natale
# Reporting Service, Inc.

2080 LINGLESTOWN ROAD, SUITE 103 * HARRISBURG, PA 17110
Harrisburg  717-540-0220   Fax 717-540-0221   Lancaster  717-393-5101

TO:   P. Daniel Altland, Esquire
      Mette, Evans & Woodside
      3401 N. Front St., PO Box 5950
      Harrisburg, PA  17110-0950
      717-232-5000

RE:   Beam V Downey, et al.
      USDC/Middle Dist. of PA
      No. 1:CV-01-0083

IRS NUMBER    23-2345714

INVOICE NUMBER:  15245

DATE: July 19, 2001

TERMS: NET 30 DAYS

REPORTER:    RDE

Please enclose copy with your payment.
Show our invoice number on your check.

---

Video Deposition of Beverly Beam held July 9, 2001 at

Serratelli, Schiffman, et al., 2080 Linglestown Road,

Harrisburg, PA


157 pp of testimony @ $1.85                               290.45

07 pp of exhibits @ $.25                                    1.75

Delivery                                                    5.20

*** Thank You ***


JUL 3 1 2001
70232


*Please pay promptly*                    TOTAL            $297.40



# Hughes, Albright, Foltz & Natale
# Reporting Service, Inc.

10846.2
morrison

### 2080 LINGLESTOWN ROAD, SUITE 103 * HARRISBURG, PA 17110
### Harrisburg  717-540-0220   Fax 717-540-0221   Lancaster  717-393-5101

TO:    P. Daniel Altland, Esquire
       Mette, Evans & Woodside
       3401 N. Front St., PO Box 5950
       Harrisburg, PA 17110-0950
       717-232-5000

RE:    Beam V Downey, et al.
       USDC/Middle Dist. of PA
       No. 1:CV-01-0083

IRS NUMBER    23-2345714

INVOICE NUMBER: 15327

DATE: July 26, 2001

TERMS: NET 30 DAYS

REPORTER:    RDE

**Please enclose copy with your payment.**
**Show our invoice number on your check.**

---

Video Depositions of Michael Sweger and David Graybill held

July 11, 2001 at 2080 Linglestown Road, Ste. 201 Harrisburg, PA


125 pp of testimony @ $1.85 [Graybill]        231.25

101 pp of testimony @ $1.85 [Sweger]        186.85

11 pp of exhibits @ $.25        2.75

Delivery        5.20

*** Thank you ***

AUG 15 2001
76373

*Please pay promptly*        TOTAL        $426.05

# *Hughes, Albright, Foltz & Natale*
# *Reporting Service, Inc.*

2080 LINGLESTOWN ROAD, SUITE 103 * HARRISBURG, PA 17110
Harrisburg  717-540-0220   Fax 717-540-0221   Lancaster  717-393-5101

TO:   P. Daniel Altland, Esquire
      Mette, Evans & Woodside
      3401 N. Front St., PO Box 5950
      Harrisburg, PA  17110-0950
      717-232-5000

RE:   Beam V Downey, et al.
      USDC/Middle Dist. of PA
      No. 1:CV-01-0083

IRS NUMBER    23-2345714

INVOICE NUMBER:  16103

DATE: October 31, 2001

TERMS:  NET 30 DAYS

REPORTER:    RDE

**Please enclose copy with your payment.
Show our invoice number on your check.**

Video Deposition of Roger D. Morrison held October 15, 2001 at

the Law Office of Don Bailey, 4311 North 6th Street,

Harrisburg, PA

| | |
|---|---:|
| 170 pp of testimony @ $1.85 | 314.50 |
| Delivery | 3.95 |

*** Thank You ***

*Please pay promptly*                    TOTAL          $318.45

# Hughes, Albright, Foltz & Natale
# Reporting Service, Inc.

**2080 LINGLESTOWN ROAD, SUITE 103 * HARRISBURG, PA 17110**
Harrisburg  717-540-0220   Fax 717-540-0221   Lancaster 717-393-5101

*Sent to DP 1/16/02*

**TO:**   P. Daniel Altland, Esquire
Mette, Evans & Woodside
3401 N. Front St., PO Box 5950
Harrisburg, PA  17110-0950
717-232-5000

**RE:**   Beam V Downey, et al.
USDC/ Middle Dist. of PA
No. 1:CV-01-0083

**IRS NUMBER   23-2345714**

**INVOICE NUMBER:** 16694

**DATE:** January 14, 2002

**TERMS: NET 30 DAYS**

**REPORTER:**   PS

**Please enclose copy with your payment.**
**Show our invoice number on your check.**

---

Depositions of Marc A. Bauer, Glenn W. Zehner, and Michael

Mausner held December 19, 2001 at Serratelli, Schiffman, et

al., 2080 Linglestown Rd., Harrisburg, PA

.

| | |
|---|---:|
| 149 pp of testimony @ $2.28 [Bauer] | 339.72 |
| 67 pp of testimony @ $2.28 [Zehner] | 152.76 |
| 65 pp of testimony @ $2.28 [Mausner] | 148.20 |
| Delivery | 3.95 |

*** Thank You ***

*Please pay promptly*                    TOTAL             $644.63

# Hughes, Albright, Foltz & Natale Reporting Service, Inc.

2080 LINGLESTOWN ROAD, SUITE 103 * HARRISBURG, PA 17110
Harrisburg  717-540-0220   Fax 717-540-0221   Lancaster  717-393-5101

**TO:**   P. Daniel Altland, Esquire
Mette, Evans & Woodside
3401 N. Front St., PO Box 5950
Harrisburg, PA  17110-0950
717-232-5000

**RE:**   Beam V Downey, et al.
USDC/Middle Dist. of PA
No. 1:CV-01-0083

**IRS NUMBER**   23-2345714

**INVOICE NUMBER:**  17047

**DATE:** February 21, 2002

**TERMS:  NET 30 DAYS**

**REPORTER:**     RDE

**Please enclose copy with your payment.
Show our invoice number on your check.**

Video Depositions of Lawrence Eberly and Arland Wagonhurst held
January 31, 2002 at the Law Offices of Don Bailey, 4311 N. 6th
Street, Harrisburg, PA

| | |
|---|---:|
| 87 pp of testimony @ $1.95 [Wagonhurst] | 169.65 |
| 34 pp of testimony @ $1.95 [Eberly] | 66.30 |
| Delivery | 1.95 |

\*\*\* Thank you \*\*\*

*Please pay promptly*              TOTAL              $237.90

# Hughes, Albright, Foltz & Natale
# Reporting Service, Inc.

2080 LINGLESTOWN ROAD, SUITE 103 * HARRISBURG, PA 17110
Harrisburg  717-540-0220   Fax 717-540-0221   Lancaster  717-393-5101

**TO:**   P. Daniel Altland, Esquire
Mette, Evans & Woodside
3401 N. Front St., PO Box 5950
Harrisburg, PA  17110-0950
717-232-5000

**RE:**   Beam V Downey, et al.
USDC/Middle Dist. of PA
No. 1:CV-01-0083

**IRS NUMBER**   23-2345714

**INVOICE NUMBER:** 16512

**DATE:** December 14, 2001

**TERMS: NET 30 DAYS**

**REPORTER:**   RDE

**Please enclose copy with your payment.
Show our invoice number on your check.**

Video Deposition of Scott Downey held November 16, 2001 at

Serratelli, Schiffman, et al., 2080 Linglestown Road,

Harrisburg, PA

181 pp of testimony @ $1.95                                  352.95

Delivery                                                       5.20

*** Thank You ***

*Please pay promptly*                        TOTAL            $358.15