# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYVLANIA

| | | |
|---|---|---|
| **BEVERLY BEAM** | ) | **NO. 01-0083** |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **SCOTT DOWNEY ET AL.** | ) | **JUDGE RAMBO** |
| | ) | |
| | ) | |
| **Defendants** | ) | |

## ORDER

**AND NOW** this        day of        2003 Defendant Morrison's Motion

for Attorneys Fees are hereby **DENIED**:


_____J.

.