THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEVERLY BEAM, : | |
| : | |
| Plaintiff : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO:  1:CV-01-0083 |
| SCOTT DOWNEY, : | |
| ROGER MORRISON, : | (Judge James F. McClure, Jr.) |
| DAVID L. GRAYBILL and : | |
| MICHAEL SWEGER, : | |
| : | |
| Defendants : | (Electronically Filed) |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK:

   Please WITHDRAW the appearance of P. Daniel Altland, Esquire on behalf of Defendant, Roger Morrison, in the above-captioned matter and ENTER my appearance on behalf of Defendant, Roger Morrison.

                                            Respectfully submitted,

                                            METTE, EVANS & WOODSIDE

                                            *S/ Kathryn L. Simpson*
                                            _____
                                            Kathryn L. Simpson, Esquire
                                            Sup. Ct. I.D. No.  28960

                                            3401 North Front Street
                                            P. O. Box 5950
                                            Harrisburg, PA  17110-0950
                                            (717) 232-5000 - Phone
                                            (717) 236-1816 - Fax
                                            klsimpson@mette.com

DATE:   May 28, 2004                      Attorneys for Defendant, Roger Morrison

## CERTIFICATE OF SERVICE

I, KATHRYN L. SIMPSON, ESQUIRE, hereby certify that I am serving a copy of the foregoing document upon the person(s) and in the manner indicated below, which service satisfies the requirements of the Federal Rules of Civil Procedure by electronic filing and, where counsel is not served in that manner, by depositing a copy of same in the United States Mail at Harrisburg, Pennsylvania, with first-class postage, prepaid, as follows:

Don Bailey, Esquire
4311 N. 6th Street
Harrisburg, PA 17110

Steven J. Schiffman, Esquire
2080 Linglestown Road
Harrisburg, PA 17110

Stephen S. Russell, Esquire
35 South Duke Street
P.O. Box 5167
York, PA 17405-5167

s/Kathryn L. Simpson
METTE, EVANS & WOODSIDE
3401 North Front Street
Harrisburg, PA 17110
(717) 232-5000
I.D. No. 28960
klsimpson@mette.com
Attorneys for Defendant, Roger Morrison

Dated: May 28, 2004

399662v1