IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BEVERLY BEAM,** | ) | NO. 1:CV-01-0083 |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **JUDGE MCLCURE** |
| **SCOTT DOWNY, ROGER** | ) | |
| **MORRISON, DAVID GRAYBILL** | ) | |
| **AND MMICHAEL SWEGER,** | ) | |
| | ) | |
| **Defendants** | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the above named plaintiff hereby appeals to the Third Circuit Court of Appeals from the decision of the Honorable James F. McClure from the Middle District of Pennsylvania in which he granted defendants motions for attorneys' fees entered on July 29, 2004.

Respectfully Submitted,

BAILEY STRETTON & OSTROWSKI

By: s/Don Bailey, Esquire
4311 N. 6th Street
Harrisburg, PA 17110
(717) 221-9500

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEVERLY BEAM,<br>Plaintiff<br><br>v.<br><br>SCOTT DOWNEY, ROGER MORRISON, DAVID GRAYBILL and MICHAEL SWEGER,<br>Defendants | No. 1:CV-01-0083<br>(Judge McClure) |

### ORDER

July 29, 2004

For the reasons set forth in the accompanying memorandum,

**IT IS ORDERED THAT:**

1. Defendant Roger Morrison's Motion for Attorney's Fees and Associated Expenses (Rec. Doc. No. 33) is granted.

    1.1. Plaintiff Beverly Beam is directed to pay $10,458 to Morrison for attorney's fees incurred in the instant litigation.

    1.2. Beam is directed to pay $206.33 to Morrison for non-taxable expenses incurred in the instant litigation.

2. Defendant Scott Downey's Motion for Attorney's Fees and Associated Expenses (Rec. Doc. No. 46) is granted.

Page 1 of 2

  2.1. Beam is directed to pay $14,722 to Downey for attorney's fees incurred in the instant litigation.

  2.2. Beam is directed to pay $967.91 to Downey for non-taxable expenses incurred in the instant litigation.

  3. Defendants Graybill's and Sweger's Motion for Attorneys' Fees and Associated Expenses (Rec. Doc. No. 42) is granted.

  3.1. Beam is directed to pay $12,532.50 to Graybill and Sweger for attorney's fees incurred in the instant litigation.

  3.2. Beam is directed to pay $56.03 to Graybill and Sweger for non-taxable expenses incurred in the instant litigation.

  4. Said sums shall be payable within thirty (30) days from the date of this order.

           s/ James F. McClure, Jr.
           James F. McClure, Jr.
           United States District Judge

## CERTIFICATE OF SERVICE

I, Don Bailey do hereby certify that on *August 17, 2004* I served a true and correct copy of the *PLAINTIFF'S NOTICE OF APPEAL* to the attorney below via Electronic Means:

Stock & Leader
Melinda B. Kauffman
221 W. Philadelphia Street
6th Floor
York, PA  17404

P. Daniel Altland
Mette Evans & Woodside
P.O. Box 5950
Harrisburg, PA  17110

Serratelli Schiffman
Suite 201
2080 Linglestown Road
Harrisburg, PA  17110

RESPECTFULLY SUBMITTED,

**BAILEY STRETTON & OSTROWSKI**

By: s/Don Bailey, Esquire
4311 N. 6th Street
Harrisburg, PA  17110
(717) 221-9500

```
                              Mon Aug 23 12:11:07 2004

                              UNITED STATES DISTRICT COURT

                              SCRANTON          , PA

                              Receipt No.   111 141580
                              Cashier              pamela

                              Check Number:  4282

                              DØ Code     Div No
                               4667          1

                              Sub Acct Type Tender      Amount
                              1:086900  N      2        105.00
                              2:510000  N      2        150.00

                              Total Amount        $     255.00

                                 DON AND ADRIENNE BAILEY 4015 N SECO
                              ND ST HBG, PA 17110

                              NOA IN 01-CV-83




                                          bn
```