SPERO T. LAPPAS, Esquire
Pa. Supreme Court ID No. 25745
Serratelli, Schiffman, Brown and Calhoon, P.C.
2080 Linglestown Road
Suite 201
Harrisburg, Pennsylvania 17110-9670
Telephone (717) 540-9170
Fax (717) 540-5481
ATTORNEY FOR APPELLEES DAVID GRAYBILL AND MICHAEL SWEGER

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BEVERLY BEAM,** | : |
| | : 1:CV-01-0083 |
| v. | : |
| | : JUDGE MCCLURE |
| **SCOTT DOWNEY, ROGER MORRISON, DAVID GRAYBILL, AND MICHAEL SWEGER** | : |

## DEFENDANT GRAYBILL'S AND DEFENDANT SWEGER'S MOTION FOR SANCTIONS AND A FINDING OF CONTEMPT

1. On July 29, 2004 this court ordered Plaintiff Beverly Beam to pay to Defendant Graybill and Sweger the amounts of $12,532.50 and $56.03 as attorneys fees and non-taxable expenses.

SPERO T. LAPPAS, Esquire
Serratelli, Schiffman, Brown and Calhoon, P.C.

Page 1

2. That same Order directed that these amounts were to be paid within thirty days of July 29, 2004; i.e. by August 28, 2004.

3. Since that time, the Plaintiff has filed an appeal from this court's order.

4. However, the Plaintiff neither sought nor obtained a supersedeas of that order, nor has the Plaintiff filed a bond for this appeal.

5. Accordingly, these defendants request that the court Order that Plaintiff and Attorney Bailey appear before the court for a hearing and thereafter find that the Plaintiff is in contempt of the order of July 29, 2004.

RESPECTFULLY SUBMITTED,

SERRATELLI, SCHIFFMAN, BROWN AND CALHOON, P.C.

By: _____
SPERO T. LAPPAS, Esquire
Pa. Supreme Ct. ID no. 25745
2080 Linglestown Road
Suite 201
Harrisburg, PA 17110-9670
(717) 540-9170

## CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE

I hereby certify that on December 17, 2004 I contacted or attempted to contact opposing counsel DON BAILEY, Esquire and sought concurrence in the attached motion.

[ ] Concurrence was granted.

[ ] Concurrence was not granted.

[X] Concurrence or non-concurrence could not be obtained because opposing counsel was unavailable. Opposing counsel is requested to call the undersigned upon receipt of this motion to advise of his/her position regarding concurrence or non-concurrence in the attached motion. IT IS ASSUMED THAT ATTORNEY BAILEY WILL NOT CONCUR IN THIS MOTION.

RESPECTFULLY SUBMITTED,

By: _____