IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEVERLY BEAM, | : | 1:CV-01-0083 |
| | : | (Judge McClure) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| SCOTT DOWNEY, ROGER | : | |
| MORRISON, DAVID GRAYBILL, | : | |
| and MICHAEL SWEGER, | : | |
| | : | |
| Defendants | : | |

**O R D E R**

January 7, 2005

**BACKGROUND:**

The court has before it a motion for sanctions and a finding of contempt filed on behalf of defendants David Graybill and Michael Sweger, which motion was filed December 17, 2004.

To date there has been no brief filed in support of the motion and, therefore, under Local Rule LR 7.1, the court could deem the motion to be withdrawn. Unless a supporting brief is filed, the non-movants have no obligation to respond. See LR 7.6.

Rather than require the movants to refile their motion, the court will give them

an additional period of time within which to file a supporting brief. Then, if no supporting brief is filed, the court will deem the motion withdrawn.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. Defendants David Graybill and Michael Sweger shall have to and including January 18, 2005 within which to file a brief in support of their motion for sanctions and a finding of contempt.

2. If no supporting brief is timely filed, the foregoing motion will be deemed withdrawn.

s/James F. McClure, Jr.
James F. McClure, Jr.
United States District Judge
