UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 7, 2005

No. 04-3424

BEVERLY BEAM,
        Appellant

v.

SCOTT DOWNEY, ROGER MORRISON;
DAVID L. GRAYBILL; MICHAEL SWEGER

(MD/PA Civil No. 01-cv-00083)

Prsent:    AMBRO, Circuit Judge, and RESTANI, Chief International Trade Judge

1. Motion by Appellees David L. Graybill and Michael Sweger for Attorney Fees in the amount of $2,740.00.

2. The opinion was filed and judgment entered on 10/12/05. The Mandate issued on 11/3/05.

Carolyn Hicks  267-299-4926
Case Manager

**O R D E R**

The foregoing motion is granted to the extent that $2,740.00 in attorney fees are awarded appellees against appellant's counsel only (it being understood that no portion of such fees are the responsibility of appellant).

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: July 14, 2006
CH/cc: Spero T. Lappas, Esq.
      Donald A. Bailey, Esq.
      Samuel C. Stretton, Esq.
      Stephen S. Russell, Esq.
      Steven J. Schiffman, Esq.
      Kathryn L. Simpson, Esq.

A True Copy:

Marcia M. Waldron, Clerk